UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 23-SC-31<br><br>**Under Seal** |

**[PROPOSED] ORDER**

Upon consideration of the Government's Motion for an Order to Show Cause Why Twitter Inc. Should Not Be Held in Contempt for Failure to Comply with a Search Warrant, and the entire record herein, it is hereby

**ORDERED**, this ____ day of February, 2023, that the Government's Motion is GRANTED and a hearing shall be held forthwith; and it is further

**ORDERED** that, on February ____, 2023, a company representative (in addition to any outside counsel) of Twitter Inc. shall personally appear before the Court, and show cause why Twitter Inc. should not be held in contempt for its failure to comply with the Warrant, ECF No. 4; and it is further

**ORDERED** that a copy of this Order shall be served on Twitter Inc. and the Government; and it is further

**ORDERED** that the Government's Motion, this Order, and any related materials are sealed until otherwise ordered by the Court.

**SO ORDERED.**

Date:  _____

_____
CHIEF JUDGE BERYL A. HOWELL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- 2 -

cc:   Mary L. Dohrmann
      Assistant Special Counsel
      950 Pennsylvania Avenue, N.W.
      Washington, DC 20530
      (202) 714-9376