IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31-BAH<br><br>**UNDER SEAL** |

**CONSENT MOTION TO SEAL**

Twitter, by and through the undersigned counsel, respectfully moves this Court to seal all filings related to the above captioned matter. This matter concerns this Court's issuance of a Non-Disclosure Order issued pursuant to 18 U.S.C. § 2705(b) in an ongoing criminal investigation by the U.S. Department of Justice Special Counsel's Office. Twitter has conferred with the Special Counsel's Office about this motion, and the government consents to the motion to seal the case. It is therefore appropriate for the Court to shield these proceedings from public review.

A proposed order setting forth the relief requested by this motion is also attached.

Dated: February 2, 2023

Respectfully submitted,

*[signature]*

Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823 *(admission pending)*
Whitney Russell, D.C. Bar 987238 *(admission pending)*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363

George Varghese *(pro hac vice forthcoming)*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston MA 02109
George.Varghese@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-6363

*Counsel for Twitter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2023, I caused the foregoing motion to be served by first class mail and email upon:

Gregory Bernstein, Assistant Special Counsel

_____
Ari Holtzblatt, D.C. Bar 1009913
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363