IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31-BAH<br><br>**UNDER SEAL** |

**[PROPOSED] ORDER**

The Court has considered the Consent Motion to Seal. The motion is supported by good cause. It is hereby **ORDERED** that the motion is granted and all filings in the above captioned matter be maintained under seal.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
Hon. Beryl A. Howell