# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31-BAH<br><br>**UNDER SEAL** |

## MOTION TO VACATE OR MODIFY NON-DISCLOSURE ORDER AND STAY TWITTER'S COMPLIANCE WITH SEARCH WARRANT

Twitter, by and through the undersigned counsel, respectfully moves to vacate or modify this Court's Non-Disclosure Order issued pursuant to 18 U.S.C. § 2705(b) and stay Twitter's obligation to comply with the warrant until the Court has resolved the issues raised in this motion—and in the event the Non-Disclosure Order is quashed or modified—for a 7 day period after Twitter has provided notice. Pursuant to Local Criminal Rule 47(f), Twitter also respectfully requests an oral hearing on this motion.

A memorandum of points and authorities and proposed order are attached.

Dated: February 2, 2023

Respectfully submitted,

/s/ Ari Holtzblatt

Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823 *(admission pending)*
Whitney Russell, D.C. Bar 987238 *(admission pending)*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363

George Varghese *(pro hac vice forthcoming)*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston MA 02109
George.Varghese@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-6363

*Counsel for Twitter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2023, I caused the foregoing motion to be served by first class mail and email upon:

Gregory Bernstein, Assistant Special Counsel

*/s/ Ari Holtzblatt*

Ari Holtzblatt, D.C. Bar 1009913
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363