IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31-BAH<br><br>**UNDER SEAL** |

**[PROPOSED] ORDER**

The Court has considered Twitter Inc.'s Motion To Vacate Or Modify Non-Disclosure Order. It is hereby **ORDERED** that the motion is granted and the Non-Disclosure Order issued in this case pursuant to 18 U.S.C. § 2705(b) is hereby vacated, and Twitter's obligation to comply with the government's search warrant is stayed for a 7 days period after Twitter has provided notice to former President Donald J. Trump or his agents.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
Hon. Beryl A. Howell

1