Teresa Gumiel

| | |
|---|---|
| **From:** | Howell Chambers |
| **Sent:** | Friday, February 3, 2023 1:38 PM |
| **To:** | Teresa Gumiel |
| **Subject:** | FW: 23-SC-31: Minute Order (February 2, 2023) |

**From:** GDB (JSPT) <GDB@usdoj.gov>
**Sent:** Friday, February 3, 2023 11:58 AM
**To:** Howell Chambers <Howell_Chambers@dcd.uscourts.gov>; MLD (JSPT) <MLD@usdoj.gov>; ari.holtzblatt@wilmerhale.com; Varghese, George <George.Varghese@wilmerhale.com>; Powell, Benjamin <Benjamin.Powell@wilmerhale.com>; Russell, Whitney D. <Whitney.Russell@wilmerhale.com>
**Cc:** JPC (JSPT) <JPC@usdoj.gov>; RNH (JSPT) <RNH@usdoj.gov>; JIP (JSPT) <JIP@usdoj.gov>; JMP (JSPT) <JMP@usdoj.gov>; Teresa Gumiel <Teresa_Gumiel@dcd.uscourts.gov>; TPW (JSPT) <TPW@usdoj.gov>
**Subject:** RE: 23-SC-31: Minute Order (February 2, 2023)

**CAUTION - EXTERNAL:**

Dear Chambers:

The parties submit this joint email in response to the minute order below. The parties did not reach an agreement on a joint briefing schedule. The government believes the order to show cause and NDO should be resolved on separate tracks, while Twitter believes the issues should be heard together. Our proposals are as follows:

### Government's proposed briefing schedule:

*Order to show cause briefing schedule*
1. Opposition:   February 6 at 12:00 p.m.
2. Reply:            February 7 at 10:00 a.m.
3. Hearing:       February 7 at 3 p.m.

*NDO briefing schedule*
1. Opposition:   February 16
2. Reply:            February 23
3. Hearing:        Available at the Court's discretion

### Twitter's proposed briefing schedule:

1. Oppositions: February 6 (end of day)
2. Replies:        February 8 (end of day)
3. Hearing:       February 9 (after 2 p.m.) or February 10 (whichever day is better for the Court)

Sincerely,

1

Gregory Bernstein
Assistant Special Counsel
202-705-4123 (cell)