IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

**MOTION FOR ADMISSION OF GEORGE P. VARGHESE *PRO HAC VICE***

Pursuant to Local Rule 83.2(c), Ari Holtzblatt, a member of the bar of this Court and counsel for Twitter, hereby moves that George P. Varghese be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Twitter, Inc.

In support of this motion, Movant states as follows:

1. Mr. Varghese's full name is George P. Varghese.

2. Mr. Varghese is a licensed attorney practicing in the Boston office of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 60 State Street, Boston, Massachusetts 02109, telephone number (617) 526-6524.

3. Mr. Varghese is a member in good standing of the Massachusetts and Pennsylvania state bars, as well as the bars of the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Federal Claims, and the United States District Court for the District of Massachusetts.

4. Mr. Varghese has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5. Mr. Varghese has not been admitted *pro hac vice* in this Court within the last two years.

6.  Mr. Varghese does not engage in the practice of law from an office located in the District of Columbia and is not a member of the District of Columbia state bar.

7.  A declaration signed by Mr. Varghese, certifying the foregoing information, is attached hereto.

WHEREFORE, Mr. Holtzblatt requests that George P. Varghese be granted leave to appear and practice *pro hac vice* on behalf of Twitter, Inc. in the above captioned matter.

Dated: February 6, 2023

                    Respectfully submitted,

                    /s/ Ari Holtzblatt
                    Ari Holtzblatt, D.C. Bar 1009913
                    WILMER CUTLER PICKERING
                       HALE AND DORR LLP
                    2100 Pennsylvania Ave. NW
                    Washington, DC 20006
                    Ari.Holtzblatt@wilmerhale.com
                    Tel:  (202) 663-6000
                    Fax:  (202) 663-6363

                    *Counsel for Twitter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2023, I caused the foregoing motion to be served by email upon:

Gregory Bernstein, Assistant Special Counsel

/s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Counsel for Twitter, Inc.*