IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GEORGE VARGHESE *PRO HAC VICE***

This Court has reviewed Twitter's Motion for Admission of Attorney George Varghese *Pro Hac Vice*. Upon consideration of that motion, the Court grants George Varghese *pro hac vice* admission to this Court.

SO ORDERED.

Date: _____     _____
                                                                                  Hon. Beryl A. Howell
                                                                                  United States District Judge