IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

**DECLARATION OF GEORGE P. VARGHESE
IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, George P. Varghese, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Ari Holtzblatt for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is George P. Varghese. I am a licensed attorney practicing in the Boston office of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 60 State Street, Boston, Massachusetts 02109, telephone number (617) 526-6524.

3. I am a member in good standing of the Massachusetts and Pennsylvania state bars, as well as the bars of the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Federal Claims, and the United States District Court for the District of Massachusetts.

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia state bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of February 2023 in Boston, Massachusetts.

Respectfully submitted,

George P. Varghese