# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted to practice in this court *pro hac vice*, and I appear in this case as counsel for Twitter, Inc.

Dated: February 7, 2023

Respectfully submitted,

/s/ George P. Varghese
George P. Varghese (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
George.Varghese@wilmerhale.com
Tel:  (617) 526-6524
Fax:  (617) 526-6363

*Counsel for Twitter, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2023, I caused the foregoing motion to be served by email upon:

Gregory Bernstein, Assistant Special Counsel

/s/ George P. Varghese
George P. Varghese (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
George.Varghese@wilmerhale.com
Tel:  (617) 526-6524
Fax:  (617) 526-6363

*Counsel for Twitter, Inc.*