IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 23-SC-31<br><br>UNDER SEAL |

## ORDER

In light of the Government's Motion to Partially Unseal for Purpose of Ordering Transcript, and the supported record herein, this Court grants the Government's Motion, and the hearing that took place under seal on February 7, 2023, is unsealed for the sole purpose of issuing a hearing transcript to the Government.

Date: _____          _____
                                        BERYL A. HOWELL
                                        CHIEF JUDGE