FILE UNDER SEAL

*[signature: Beryl A. Howell]*

February 8, 2023

**UNDER SEAL**

**By Email**

Honorable Beryl A. Howell, Chief Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Beryl A. Howell     Date *2/9/2023*
Chief Judge
United States District Court

**WILMERHALE**

George P. Varghese

+1 617 526 6524 (t)
+1 617 526 5000 (f)
george.varghese@wilmerhale.com

Leave to file GRANTED

*[signature: Beryl A. Howell]*

Beryl A. Howell     Date *2/9/2023*
Chief Judge
United States District Court

Chief Judge Howell:

On February 7, 2023, during the Court's hearing on the government's Motion for an Order to Show Cause, and in the Court's subsequent Minute Order, the Court ordered Twitter to "submit a list of each case in which Twitter has filed a challenge to a non-disclosure order, issued pursuant to 18 U.S.C. § 2705(b), summarizing for each case the courts resolution of that challenge."

Below is a list of cases in which Twitter has identified that it filed or asserted a challenge to a non-disclosure order. This list was compiled based on a review of Twitter's available records, and may not be exhaustive. Due to the nature of these challenges, these cases were under seal at the time Twitter challenged the non-disclosure order. Where Twitter has been able to confirm that the case is no longer under seal, we have included the case number. Where Twitter has not been able to confirm that the case is no longer under seal, we have included only the date, jurisdiction, type of legal process, and outcome.

| Date | Jurisdiction | Case Number | Type of Process | Outcome |
|---|---|---|---|---|
| Jan. 20, 2023 (asserted) | District Court for the District of Nevada | (not public) | Grand Jury Subpoena and 2705 non-disclosure order | NDO amended and reissued |
| Jan. 20, 2023 (asserted) | District Court for the District of Nevada | Not public | Grand Jury Subpoena and 2705 non-disclosure order | NDO amended and reissued |

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

WILMERHALE

February 8, 2023
Page 2

| Date | Jurisdiction | Case Number | Type of Process | Outcome |
|---|---|---|---|---|
| Jan. 20, 2023 (asserted) | District Court for the District of Nevada | Not public | Grand Jury Subpoena and 2705 non-disclosure order | NDO amended and reissued |
| Jan. 20, 2023 (asserted) | District Court for the District of Nevada | Not public | Grand Jury Subpoena and 2705 non-disclosure order | NDO amended and reissued |
| Jan. 20, 2023 (asserted) | District Court for the District of Nevada | Not public | Grand Jury Subpoena and 2705 non-disclosure order | NDO amended and reissued |
| Jan. 20, 2023 (asserted) | District Court for the District of Nevada | Not public | Grand Jury Subpoena and 2705 non-disclosure order | NDO amended and reissued |
| Dec. 13, 2022 (asserted) | State of Ohio | Not public | Warrant for Electronic Consumer Data and Information | NDO amended and reissued |
| Sept. 12, 2022 (asserted) | State of Mississippi | Not public | Search Warrant and Order for Non-Disclosure on Search Warrant | NDO amended and reissued |

February 8, 2023
Page 3

WILMERHALE

| Date | Jurisdiction | Case Number | Type of Process | Outcome |
|---|---|---|---|---|
| Sept. 8, 2022 (asserted) | District Court for the District of Columbia | Not public | Grand jury subpoena and 2705 non-disclosure order | (pending LE response) |
| Sept. 8, 2022 (asserted) | District Court for the District of Columbia | Not public | Grand jury subpoena and 2705 non-disclosure order | (pending LE response) |
| March 10, 2021 (filed) | District Court for the District of Columbia | 1:20-03082 | Grand jury subpoena and section 2705 non-disclosure order | NDO withdrawn |
| March 9, 2021 (asserted) | District Court for the District of Columbia | Not public | Grand jury subpoena and section 2705 non-disclosure order | NDO upheld |
| Feb. 23, 2021 (asserted) | District Court for the District of Columbia | Not public | Grand jury subpoena and section 2705 non-disclosure order | Subpoena withdrawn after NDO challenge |
| 2020 (asserted) | District Court for the Southern District of New York | Not public | Grand jury subpoena and non-disclosure order | Subpoena withdrawn after NDO challenge |
| Oct. 30, 2020 (filed) | District Court for the Eastern District of California | Not public | Grand jury subpoena and section 2705 non-disclosure order | NDO amended |

ActiveUS 197958179v.1

WILMERHALE

February 8, 2023
Page 4

| Date | Jurisdiction | Case Number | Type of Process | Outcome |
|---|---|---|---|---|
| Apr. 26, 2019 (filed) | District Court for the Southern District of New York | Not public | Grand jury subpoena and section 2705 non-disclosure order | NDO upheld |
| Oct. 19 2017 (decided) | District Court for the Northern District of Texas | 3:17-mc-40-M-BN, 2017 WL 9287146 adopted by 2017 WL 9287147 | Grand jury subpoena and section 2705 non-disclosure order | NDO vacated |
| 2017 (filed) | District Court for the Western District of Texas | Not public | National Security Letter and NDO | NDO upheld |
| June 15, 2016 (filed) | Ninth Circuit Court of Appeals | 16-16067 | National Security Letter and NDO | NDO upheld |
| 2016 (asserted) | District Court for the District of Columbia | 16-518 | National Security Letter and NDO | NDO upheld |
| June 2015 (asserted) | State of Iowa | N/A | Subpoena duces tecum and NDO | NDO amended |

WILMERHALE

February 8, 2023
Page 5

| Date | Jurisdiction | Case Number | Type of Process | Outcome |
|---|---|---|---|---|
| December 2015 (asserted) | State of Minnesota | N/A | Administrative subpoena and NDO | Subpoena withdrawn after NDO challenge |
| 2015 (filed) | Supreme Court of Richmond County, New York | Not public | Grand jury subpoena and section 2705 non-disclosure order | NDO amended |
| 2015 (filed) | District Court for the District of Massachusetts | Not public | Grand jury subpoena and section 2705 non-disclosure order | NDO upheld |
| Oct. 7, 2014 (filed) | District Court for the Northern District of California | 4:14-cv-04480 | National Security Letter and NDO | NDO upheld |
| July 2015 (asserted) | State of Ohio | Not public | Grand jury subpoena and NDO | NDO amended |
| 2014 (filed) | Supreme Court of New York County, New York | Not public | Grand jury subpoena and section 2705 non-disclosure order | NDO vacated |
| 2013 (decided) | Fourth Circuit Court of Appeals | 11-5151 (*see also United States v. Appelbaum*, 707 F.3d | 2703(d) order and section 2705 non-disclosure order | NDO lifted |

WILMERHALE

February 8, 2023
Page 6

| Date | Jurisdiction | Case Number | Type of Process | Outcome |
|---|---|---|---|---|
| | | 283 (4th Cir. 2013) | | |
| 2013 (filed) | District Court for the Northern District of California | Not public | National Security Letter and NDO | NDO upheld |
| Apr. 5, 2013 (asserted) | State of New York | Not public | Administrative subpoena and NDO | NDO upheld |
| May 2012 (asserted) | State of Arizona | Not public | Grand jury subpoena and statutory gag | Gag lifted |
| 2011 (asserted) | District Court for the District of Connecticut | Not public | Grand jury subpoena and NDO | Subpoena withdrawn after NDO challenge |

Sincerely,

George P. Varghese