**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH <br><br> **UNDER SEAL** |

**MOTION REQUESTING AUTHORIZATION FOR TRANSCRIPTION**
**AND DISTRIBUTION**

Twitter, by and through the undersigned counsel, respectfully moves this Court for an order authorizing court reporter Elizabeth St. Loth to transcribe and distribute a copy of the transcript of the February 7, 2023 proceedings held before the Court in the above-captioned matter.

It is understood that the requesting party is responsible for the fee charged to produce the transcript and that the case remains sealed.

A proposed order setting forth the relief requested by this motion is also attached.

Dated: February 9, 2023

Respectfully submitted,

/s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823 *(admission pending)*
Aaron M. Zebley, D.C. Bar 1023653 *(admission pending)*
Whitney Russell, D.C. Bar 987238 *(admission pending)*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Aaron.Zebley@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

George Varghese *(pro hac vice)*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston MA 02109
George.Varghese@wilmerhale.com
Tel:  (617) 526-6000
Fax:  (617) 526-6363

*Counsel for Twitter, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2023, I caused the foregoing motion to be served

by email upon:

    Gregory Bernstein, Assistant Special Counsel

/s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363
