# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

## MOTION REQUESTING AUTHORIZATION FOR TRANSCRIPTION AND DISTRIBUTION

Twitter, by and through the undersigned counsel, respectfully moves this Court for an order authorizing court reporter Elizabeth St. Loth to transcribe and distribute a copy of the transcript of the February 9, 2023 proceedings held before the Court in the above-captioned matter.

It is understood that the requesting party is responsible for the fee charged to produce the transcript and that the case remains sealed.

A proposed order setting forth the relief requested by this motion is also attached.

Dated: February 9, 2023                                    Respectfully submitted,

/s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823 *(admission pending)*
Aaron M. Zebley, D.C. Bar 1023653 *(admission pending)*
Whitney Russell, D.C. Bar 987238 *(admission pending)*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Aaron.Zebley@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363

George Varghese *(pro hac vice)*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston MA 02109
George.Varghese@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-6363

*Counsel for Twitter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2023, I caused the foregoing motion to be served by email upon:

    Gregory Bernstein, Assistant Special Counsel

/s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363
