IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

### [PROPOSED] ORDER

The Court has considered Twitter Inc.'s Motion Requesting Authorization for Transcription and Distribution. It is hereby **ORDERED** that the motion is granted, and the court reporter shall transcribe the February 9, 2023 proceedings held before the Court in the above-captioned matter and distribute to counsel for Twitter Inc. The case remains sealed.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
Hon. Beryl A. Howell

1