IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 23-SC-31<br><br>UNDER SEAL |

## MOTION TO PARTIALLY UNSEAL FOR PURPOSE OF ORDERING TRANSCRIPT

The United States of America, by and through the undersigned attorney, respectfully requests that the Court unseal the second hearing on the Motion to Show Cause that occurred on February 9, 2023, starting at 11:00 AM, before Chief Judge Beryl A. Howell, only for purposes of ordering a transcript of that hearing in the above captioned case. The need to keep this matter sealed otherwise persists. A proposed order is attached.

Respectfully submitted,

JACK SMITH
SPECIAL COUNSEL
N.Y. Bar Number 2678084

Date: February 10, 2023     By:     */s/ Thomas P. Windom*
Thomas P. Windom
Senior Assistant Special Counsel
950 Pennsylvania Ave. NW, Room B-206
Washington, DC 20530
tpw@usdoj.gov