UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A** | Case No. 23-SC-31<br><br>**Filed Under Seal** |

## GOVERNMENT NOTICE REGARDING ACCRUED SANCTION

At the conclusion of a hearing on February 7, 2023, the Court ordered that "Twitter, Inc. shall be held in contempt if it fails to comply with the Search and Seizure Warrant by February 7, 2023 at 5:00 PM, and that Twitter, Inc. shall be fined $50,000, a fine amount that shall double every day, for failing to comply with this Order, payable to the Clerk of this Court." Twitter thereafter failed to timely comply with the warrant, which necessitated an additional hearing on February 9, 2023, in which the Court ascertained more specifically what remained to be produced. During that hearing, the Court indicated that the Government should advise the Court when Twitter completed its production and, regarding the sanction, "confer with Twitter [so] that everybody is counting the days the same way and doing the math the same way."

On February 9, 2023, at 4:00 p.m., the Government and Twitter held a call to discuss the status of Twitter's production. On that call, Twitter advised (among other things) that it still was working on production regarding a number of categories described in the warrant—namely, Attachment B, Part I, paragraph 1.b and (if any data existed) paragraph 4.e. The parties also discussed additional names that the Government believed Twitter should search in response to Attachment B, Part I, paragraph 1.h.

Twitter uploaded material to the relevant FTP site at 5:03 p.m. on February 9, 2023. At 8:28 p.m. that day, counsel for Twitter advised the Government by email that it believed "Twitter's

obligations under the warrant and the Court's order are complete."

As with any search warrant return, the Government is unable to confirm the completeness of Twitter's production until it more closely reviews the return. If the Government ever discovers that the production is incomplete, the Government will promptly notify Twitter and the Court. Assuming Twitter's representations are correct, though, the Government now writes to advise the Court regarding its position on the accrued sanction: Twitter owes $350,000, payable to the Clerk of the Court. By the terms of the Court's order, Twitter was in contempt as of 5:00 p.m. on February 7, 2023, at which point a $50,000 sanction came into effect. An additional amount of $100,000 accrued at 5:00 p.m. on February 8, 2023, since Twitter still had not fully complied with the warrant as of that time. And at 5:00 p.m. on February 9, 2023, an additional amount of $200,000 accrued. Twitter uploaded its last material after 5:00 p.m., and then advised the Government hours later that production was complete.

The Government asked for Twitter's math on the accrued sanction. By email on February 13, 2023, counsel for Twitter advised, in sum and substance, that Twitter did not believe any sanction was appropriate. In a follow-up call on February 13, 2023, counsel for Twitter again advised, in sum and substance, that Twitter did not believe any sanction was appropriate and indicated that it would separately file its position with the Court.

Respectfully submitted,

JACK SMITH
Special Counsel

By:   /s/ *Thomas P. Windom*
Thomas P. Windom (D.C. Bar No. 502131)
Senior Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530