UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 23-SC-31<br><br>**Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL AND TO AUTHORIZE LIMITED DISCLOSURE

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to place and maintain under seal, until further notice of the Court, the Government's Ex Parte Opposition to Twitter Inc's Motion to Vacate or Modify Non-Disclosure Order and Stay Twitter's Compliance with Search Warrant, the Government's Sealed Opposition to Twitter Inc's Motion to Vacate or Modify Non-Disclosure Order and Stay Twitter's Compliance with Search Warrant, this Motion to Seal, and the Court's Order to Seal, except that these materials, other than the Government's Ex Parte Opposition, may be served upon counsel for Twitter.

"A motion or application filed in connection with a grand jury subpoena or other matter occurring before a grand jury, all other papers filed in support of or in opposition to such a motion or application, and all orders entered by the Court in connection therewith, shall be filed under seal." D.D.C. LCrR 6.1. These requirements advance the important public and private interests served by the grand jury secrecy requirement contained in Federal Rule of Criminal Procedure 6(e). Here, the Government's Ex Parte Opposition discusses matters occurring before a grand jury. Although the Sealed Opposition does not directly discuss grand jury matters, it nonetheless

refers to an ongoing grand jury investigation.  Accordingly, the Government requests an Order placing the above-listed materials under seal and authorizing disclosure to Twitter, with the protections described in the Proposed Order.

Respectfully submitted,

JACK SMITH
Special Counsel

By: */s/ Mary L. Dohrmann*
Mary L. Dohrmann (N.Y. Bar No. 5443874)
James I. Pearce (N.C. Bar No. 44691)
Assistant Special Counsels
950 Pennsylvania Avenue, N.W.
Washington, D.C.   20530