UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 23-SC-31<br><br>**Filed Under Seal** |

## MOTION FOR LEAVE TO LATE-FILE THE GOVERNMENT'S OPPOSITION TO TWITTER'S MOTION TO VACATE OR MODIFY THE NDO

The United States of America respectfully moves for leave to late-file the Government's Ex Parte Opposition to Twitter Inc's Motion to Vacate or Modify Non-Disclosure Order and Stay Twitter's Compliance with Search Warrant, the Government's Sealed Opposition to Twitter Inc's Motion to Vacate or Modify Non-Disclosure Order and Stay Twitter's Compliance with Search Warrant, the Motion to Seal, and the Court's order to seal. For the reasons given in the Government's Motion to Seal, the Government also requests this Motion be placed under seal except that it may be served upon Counsel for Twitter.

On February 3, 2023, the Court issued a briefing schedule for Twitter's Motion to Vacate or Modify Non-Disclosure Order under which the Government's opposition was due on February 16 and Twitter's reply was due on February 23. The briefing schedule further specified that the filings on those dates were due by 4:00 p.m. The Government filed its Opposition (as well as the other related filings identified in the prior paragraph) by e-mail to Chambers on February 16, but regrettably it did so at 5:43 p.m., thus missing the deadline by one hour and forty-three minutes. The Government now seeks the Court's leave to late-file its Opposition and other related filings and would not object to a similar extension of time for Twitter to file any reply.

Respectfully submitted,

JACK SMITH
Special Counsel

By:   */s/ James I. Pearce*
James I. Pearce (N.C. Bar No. 44691)
Mary L. Dohrmann (N.Y. Bar No. 5443874
Assistant Special Counsels
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530