| | |
|---|---|
| **From:** | Howell Chambers |
| **Sent:** | Tuesday, February 21, 2023 9:57 AM |
| **To:** | Teresa Gumiel |
| **Subject:** | FW: Under seal filing: 23-sc-31 |

**From:** TPW (JSPT) <TPW@usdoj.gov>
**Sent:** Thursday, February 9, 2023 8:47 AM
**To:** Russell, Whitney D. <Whitney.Russell@wilmerhale.com>; Howell Chambers <Howell_Chambers@dcd.uscourts.gov>; GDB (JSPT) <GDB@usdoj.gov>; JMP (JSPT) <JMP@usdoj.gov>; MLD (JSPT) <MLD@usdoj.gov>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Varghese, George <George.Varghese@wilmerhale.com>; JIP (JSPT) <JIP@usdoj.gov>; Powell, Benjamin <Benjamin.Powell@wilmerhale.com>
**Cc:** Teresa Gumiel <Teresa_Gumiel@dcd.uscourts.gov>; TPW (JSPT) <TPW@usdoj.gov>
**Subject:** RE: Under seal filing: 23-sc-31

**CAUTION - EXTERNAL:**

Dear Chief Judge Howell –

Prior to 5pm on February 7, Twitter made a production to the Government. In a follow up call on February 8, counsel for Twitter identified certain information that may (or may not) exist in their holdings and that had not been produced to the Government. At approximately 2am today, Twitter made an additional production to the Government. In a call today at 8am, counsel for Twitter indicated that it expected additional productions to occur today, to the extent it found responsive information. However, counsel for Twitter was unable to provide a date/time certain that all materials responsive to the warrant would be produced.

The Government requests an in-person hearing today, with a requirement that Twitter bring a company representative, regarding Twitter's continued non-compliance with the warrant.

tw