FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31 - BAH<br><br>**UNDER SEAL** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY IN SUPPORT OF MOTION TO VACATE OR MODIFY NON-DISCLOSURE ORDER ISSUED PURSUANT TO 18 U.S.C. § 2705(b)

Twitter, by and through the undersigned counsel, respectfully requests that this Court extend the deadline by which to file its Reply in support of its Motion to Vacate or Modify the Non-Disclosure Order in the above-captioned matter by 24 hours, to **Friday, February 24, at 4pm**. Twitter received the government's response in this matter at 6pm on Friday, February 17, slightly more than one day after the deadline contemplated by the Court's original briefing schedule. Twitter has conferred with the Special Counsel's Office about this motion, and the government does not object to the extension.

1

ACTIVEUS 197804683v.4

FILED UNDER SEAL

Dated: February 21, 2023

                                             Respectfully submitted,

                                             /s/ George P. Varghese

                                             George P. Varghese *(pro hac vice)*
                                             WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                             60 State Street
                                             Boston MA 02109
                                             George.varghese@wilmerhale.com
                                             Tel: (617) 526-6000
                                             Fax: (617) 526-6363

                                             Ari Holtzblatt, D.C. Bar 1009913
                                             Benjamin Powell, D.C. Bar 464823 *(D.D.C.*
                                                *admission pending)*
                                             Whitney Russell, D.C. Bar 987238 *(D.D.C.*
                                                *admission pending)*
                                             WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                             2100 Pennsylvania Ave. NW
                                             Washington, DC 20006
                                             Ari.Holtzblatt@wilmerhale.com
                                             benjamin.powell@wilmerhale.com
                                             Whitney.russell@wilmerhale.com
                                             Tel: (202) 663-6000
                                             Fax: (202) 663-6363

                                             *Counsel for Twitter, Inc.*

**CERTIFICATE OF SERVICE**

2

FILED UNDER SEAL

I hereby certify that on this 21st day of February 2023, I caused the foregoing motion to be served by email upon:

James Pearce, Assistant Special Counsel

                                                     George P. Varghese *(pro hac vice)*
                                                     WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP
                                                      60 State Street
                                                      Boston MA 02109
                                                      George.varghese@wilmerhale.com
                                                      Tel:  (617) 526-6000
                                                      Fax:  (617) 526-6363

ACTIVEUS 197804683v.4