FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31 - BAH<br><br>**UNDER SEAL** |

## [PROPOSED] ORDER

The Court has considered Twitter's Unopposed Motion for an extension of time in which to file Twitter's Reply in support of its Motion to Vacate or Modify the Non-disclosure Order. It is hereby **ORDERED** that the motion is granted and Twitter's reply deadline is extended by 24 hours, to **Friday, February 24, at 4pm**.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
Hon. Beryl A. Howell