**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31 - BAH <br><br> **UNDER SEAL** |

**EXHIBIT A**

# POLITICO



**CONGRESS**

## 2 top Pence aides appear before Jan. 6 grand jury

Marc Short and Greg Jacob have both testified recently, according to two people familiar with the matter.



Marc Short, who served as chief of staff to former Vice President Mike Pence, is one of the most significant witnesses known to face grand jury questions related to Jan. 6. | Patrick Semansky/AP Photo

By **KYLE CHENEY**

07/25/2022 04:26 PM EDT

   

2/3/23, 4:58 PM
Case 1:23-sc-00031-JEB Document 27-1 Filed 02/24/23 Page 3 of 80
Pence's top aides appear before a federal grand jury - POLITICO

Two of former Vice President Mike Pence's top White House aides have testified recently to a federal grand jury investigating matters connected to the Jan. 6, 2021, attack on the Capitol, according to two people familiar with the matter.

Marc Short, Pence's former chief of staff, testified last week under subpoena, while Pence's former chief counsel Greg Jacob, also testified recently, though the timing and circumstances of his appearance were not immediately clear. Short was spotted by ABC cameras exiting the federal courthouse Friday, on the same day Donald Trump's ally Steve Bannon was convicted of contempt of Congress for defying a Jan. 6 select committee subpoena.

AD

Both Short and Jacob cooperated with the Jan. 6 select committee, testifying in January and February this year, respectively. Jacob was also a star witness for the panel, testifying at a public hearing in June about helping Pence fend off Donald Trump's effort to deputize the vice president to disrupt the transfer of power to Joe Biden.

Short and Jacob are two of the most significant witnesses known to face grand jury questions related to Jan. 6. Both were in key meetings on Jan. 4 and 5, 2021, as Trump attorney John Eastman worked to persuade Pence to adopt a fringe legal theory that would permit the then-vice president to single-handedly overturn the election certification on Jan. 6.

Trump was present for the Jan. 4 meeting, when Pence rejected his and Eastman's entreaties. Short and Jacob were also both with Pence on Jan. 6 as a

mob stormed the Capitol, sending them all fleeing for safety. Jacob's email exchanges with Eastman amid the chaos have become crucial pieces of evidence for Jan. 6 investigators, showing Eastman continuing to lean on Pence and Jacob even as violence raged.

Jacob's memos and notes, explaining why he viewed Eastman's effort as illegal, have proven significant documents for investigators. Among his conclusions: State legislatures had refused, as of Jan. 6, to certify alternate slates of electors, leaving the false slates assembled by pro-Trump activists in multiple states without any claim of authority.

Eastman had previously embraced that notion as well, according to emails and correspondence obtained by the Jan. 6 committee, but pushed ahead with Trump's plan anyway.

Short testified to the Jan. 6 select committee in January about Pence's efforts to convince Trump that he lacked the power to overturn the election, a message Pence relayed numerous times in the weeks before Jan. 6. But Trump, relying on a cadre of fringe attorneys, pushed a theory that Pence — who was charged by the Constitution with presiding over the count of electoral votes on Jan. 6 — could unilaterally refuse to count dozens of electors for Joe Biden, or postpone the count altogether.

Case 1:23-sc-00031-JEB Document 27-1 Filed 02/24/23 Page 5 of 80



Short's testimony was featured in the public hearings the House's Jan. 6 select committee has held over the last several weeks. Jacob testified publicly alongside former federal judge Michael Luttig, who helped Pence develop a

**FILED UNDER:** CONGRESS, MIKE PENCE, DONALD TRUMP, DONALD TRUMP 2020, ⋯

The select committee has publicly expressed uncertainty about whether it will

## Huddle

A play-by-play preview of the day's congressional news

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▾

SIGN UP

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

_____

© 2023 POLITICO LLC

2/3/23, 4:59 PM
Appointment of a Special Counsel | OPA | Department of Justice
Case 1:23-sc-00031-JEB   Document 27-1   Filed 02/24/23   Page 7 of 80



🇺🇸 An official website of the United States government
Here's how you know

**JUSTICE NEWS**

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                                      Friday, November 18, 2022

# Appointment of a Special Counsel

Attorney General Merrick B. Garland announced today the appointment of former career Justice Department prosecutor and former chief prosecutor for the special court in The Hague, Jack Smith, to serve as Special Counsel to oversee two ongoing criminal investigations. The first is the investigation, as described in court filings in the District of Columbia, into whether any person or entity unlawfully interfered with the transfer of power following the 2020 presidential election or the certification of the Electoral College vote held on or about January 6, 2021. The second is the ongoing investigation involving classified documents and other presidential records, as well as the possible obstruction of that investigation, referenced and described in court filings submitted in a pending matter in the Southern District of Florida.

"Based on recent developments, including the former President's announcement that he is a candidate for President in the next election, and the sitting President's stated intention to be a candidate as well, I have concluded that it is in the public interest to appoint a special counsel," said Attorney General Garland. "Such an appointment underscores the Department's commitment to both independence and accountability in particularly sensitive matters. It also allows prosecutors and agents to continue their work expeditiously, and to make decisions indisputably guided only by the facts and the law."

The Attorney General also stated, "Although the Special Counsel will not be subject to the day-to-day supervision of any official of the Department, he must comply with the regulations, procedures, and policies of the Department. I will ensure that the Special Counsel receives the resources to conduct this work quickly and completely. Given the work done to date and Mr. Smith's prosecutorial experience, I am confident that this appointment will not slow the completion of these investigations. The men and women who are pursuing these investigations are conducting themselves in accordance with the highest standards of professionalism. I could not be prouder of them. I strongly believe that the normal processes of this Department can handle all investigations with integrity. And I also believe that appointing a Special Counsel at this time is the right thing to do. The extraordinary circumstances presented here demand it. Mr. Smith is the right choice to complete these matters in an even-handed and urgent manner."

Special Counsel Smith has resigned as the chief prosecutor for the special court in The Hague charged with investigating and adjudicating war crimes in Kosovo.

---

**Attachment(s):**
Download 2022.11.18_order_5559-2022.pdf

**Component(s):**
Office of the Attorney General

**Press Release Number:**
22-1237

*Updated November 18, 2022*

2/3/23, 4:59 PM
Case 1:23-sc-00031-JEB Document 27-1 Filed 02/24/23 Page 8 of 80
Appointment of a Special Counsel | OPA | Department of Justice

2/3/23, 5:07 PM
Case 1:23-sc-00031-JEB Document 27-1 Filed 02/24/23 Page 9 of 80
'Decisions are imminent': Georgia prosecutor nears charging decisions in Trump probe - POLITICO

# POLITICO



**LEGAL**

## 'Decisions are imminent': Georgia prosecutor nears charging decisions in Trump probe

Fulton County District Attorney Willis' remark came as she urged a judge to oppose calls to publicly release the findings of her yearlong investigation.



Fani Willis has spent the last year investigating Donald Trump's and his allies' effort to reverse the election results in Georgia, despite losing the state by more than 11,000 votes. | Drew Angerer/Getty Images

By **KYLE CHENEY**

01/24/2023 03:55 PM EST

   

Case 1:23-sc-00031-JEB Document 27-1 Filed 02/24/23 Page 10 of 80

The Atlanta-area district attorney investigating Donald Trump's effort to subvert the 2020 election indicated on Tuesday that decisions on whether to seek the indictment of the former president or his associates were "imminent."

"Decisions are imminent," Fulton County District Attorney Fani Willis said during a Tuesday court hearing called by the Georgia trial court judge overseeing the "special purpose grand jury" that Willis has used to gather evidence over the last year.

AD

Willis' remark came as she urged the judge, Robert McBurney, to oppose calls to publicly release the findings of her yearlong probe, which she conducted alongside the special grand jury to examine Trump and his inner circle.

Willis has spent the last year investigating Trump's and his allies' effort to reverse the election results in Georgia, despite losing the state by more than 11,000 votes. The special grand jury probed Trump's Jan. 2 phone call to Georgia Secretary of State Brad Raffensperger, asking him to "find" just enough votes to put him ahead of Joe Biden in the state. And it pursued evidence about Trump's broader national effort to subvert the election, calling top allies like his White House chief of staff Mark Meadows, former national security adviser Michael Flynn, attorney John Eastman and Sen. Lindsey Graham (R-S.C.).

The special grand jury concluded its investigation earlier this month, dissolving in early January, and recommended that its findings be released publicly. McBurney then called for a hearing to discuss whether to follow the panel's recommendation or maintain the secrecy of the report. Willis told the judge that making the report public could jeopardize impending prosecutions.

"In this case, the state understands the media's inquiry and the world's interest. But we have to be mindful of protecting future defendants' rights," Willis said, emphasizing that multiple people could face charges.

Tuesday's discussion was the result of Georgia's unusual grand jury law, which permits prosecutors to impanel a "special purpose grand jury" that has no power to make formal indictments but can help prosecutors gather evidence about a specific topic. If Willis opts to pursue charges against Trump or others, she needs to present her evidence to a traditional grand jury, which could then issue indictments.

Thomas Clyde, an attorney representing several media outlets supporting the release of the report, urged McBurney to side with the grand jurors rather than Willis.

"We believe the report should be released now and in its entirety," Clyde said.

He noted that findings in criminal investigations are often released publicly even while investigations and grand jury proceedings continue.

McBurney noted that Willis' probe has been accompanied by an extraordinary release of information and evidence by the House Jan. 6 select committee and from witnesses being called before a federal grand jury probing the same matters, none of which had derailed Willis' probe. He also noted that there was little to stop individual grand jurors from simply telling others about the findings in their report.

But McBurney said he wanted more time to consider the arguments and said any ruling he made would provide significant advance notice before the potential release of the report.

FILED UNDER: DONALD TRUMP, DONALD TRUMP 2020, GEORGIA, ATLANTA, VOTING ISSUES, (•••)



## Huddle

A play-by-play preview of the day's congressional news

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▾

SIGN UP

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

———————————

© 2023 POLITICO LLC



# MaddowBlog

From The Rachel Maddow Show

**ALL MADDOWBLOG POSTS**     **THE RACHEL MADDOW SHOW**     **FULL EPISODES**     **PODCASTS**

‹ **PREVIOUS POST**        **NEXT POST** ›



🔇× TAP TO UNMUTE

⏸   00:00 / 06:35        🔇×      CC      ⧉

# DOJ seizes Team Trump phones as part of intensifying Jan. 6 probe

*If the Mar-a-Lago scandal weren't enough, the Justice Department's investigation into Jan. 6 is intensifying in ways that should make Team Trump nervous.*



Sept. 13, 2022, 8:00 AM EDT

By **Steve Benen**

When it comes to the many ongoing scandals surrounding Trump World, it's tempting to think the Mar-a-Lago controversy is the most serious. After all, the former president stands accused of

stealing classified materials, refusing to give them back, and obstructing the retrieval process. There's an ongoing criminal investigation, and indictments are a distinct possibility.

But by some measures, the most dramatic scrutiny of Donald Trump and his team remains the Justice Department's criminal probe of the Jan. 6 attack and the Republicans' efforts to overturn the election results.

For months, there was ample speculation about whether investigators were moving forward with any vigor at all. As the latest New York Times reporting suggests, those questions continue to get answers.

> *Justice Department officials have seized the phones of two top advisers to former President Donald J. Trump and blanketed his aides with about 40 subpoenas in a substantial escalation of the investigation into his efforts to subvert the 2020 election, people familiar with the inquiry said on Monday. The seizure of the phones, coupled with a widening effort to obtain information from those around Mr. Trump after the 2020 election, represent some of the most aggressive steps the department has taken thus far in its criminal investigation into the actions that led to the Jan. 6, 2021, assault on the Capitol by a pro-Trump mob.*

According to the Times' reporting, much of which has been confirmed by NBC News, federal agents executed court-approved search warrants, taking the phones of at least two people – Trump lawyer Boris Epshteyn and campaign strategist Mike Roman – while also issuing subpoenas to a variety of figures, including Dan Scavino, Trump's former social media director, and Bernie Kerik.

The subpoenas, according to the Times, were related to the investigation into the fake electors scheme.

To quickly recap for those who might benefit from a refresher, let's revisit our earlier coverage and review how we arrived at this point. It was in March when the Times first reported that federal prosecutors "have substantially widened their Jan. 6 investigation to examine the possible culpability of a broad range of figures involved in former President Donald J. Trump's efforts to overturn the results of the 2020 election."

It raised a few eyebrows for a reason: The Justice Department hasn't made a lot of noise about its Jan. 6 probe, but the reporting suggested it was eyeing Team Trump, and not just rank-and-file

rioters who launched their assault in his name.

Around the same time, The Washington Post also reported that the federal grand jury had "issued subpoena requests to some officials in former president Donald Trump's orbit who assisted in planning, funding and executing the Jan. 6 rally."

## Recommended



MADDOWBLOG
**'Peaceful transition': Pompeo has a flawed memory of Jan. 6**



MADDOWBLOG
**McCarthy denounces 'turmoil' while imposing debt ceiling turmoil**

In the months that followed, the grand jury heard from top members of former Vice President Mike Pence's team. As part of the same probe, federal investigators descended on Jeffrey Clark's home; FBI agents executed a search warrant against Trump lawyer John Eastman; and Ali Alexander, the founder of the "Stop the Steal" group that organized a Jan. 6 rally, also testified.

We also learned a month ago that a grand jury subpoena made a sweeping demand for "all materials, in whatever form" that the National Archives had given to Congress' Jan. 6 committee, including "records from the files of Mr. Trump's top aides, his daily schedule and phone logs and a draft text of the president's speech that preceded the riot."

It's against this backdrop that federal law enforcement has seized some Trump advisers' phones and blanketed his aides with about 40 subpoenas.

It's unlikely that anyone would characterize the Justice Department's probe as swift or rushed, but let there be no doubt: This investigation exists and it's obviously intensifying.

For the former president and his political operation, this is not at all good news.

2/3/23, 4:59 PM
DOJ seizes team Trump phones as part of intensifying Jan. 6 probe
Case 1:23-sc-00031-JEB Document 27 Filed 02/24/23 Page 17 of 80

Steve Benen

Steve Benen is a producer for "The Rachel Maddow Show," the editor of MaddowBlog and an MSNBC political contributor. He's also the bestselling author of "The Impostors: How Republicans Quit Governing and Seized American Politics."

---

**‹ PREVIOUS POST**

Monday's Mini-Report, 9.12.22

---

**NEXT POST ›**

Trump lawyers: Mar-a-Lago scandal is a 'document storage dispute'

---

**LATEST POST**

'Peaceful transition': Pompeo has a flawed memory of Jan. 6

Sponsored Stories

by Taboola

FINITION

hotos] Hilarious Signs Employees Have Had To Deal With.

GHTY SCOOPS

e Oldest Stars Who Are Still Living in 2023.

SPONSORED / DICK'S SPORTING GOODS

**Nike Zoom Freak 4 Basketball Shoes, Women's**

SPONSORED / MACY'S

# CeCe Sakura Delight Puff-Sleeve Dress

SPONSORED / DEFINITION

## [Photos] Hilarious Signs Employees Have Had To Deal With.

SPONSORED / MIGHTY SCOOPS

## The Oldest Stars Who Are Still Living in 2023.

SPONSORED / HOMEBUDDY

## Here's What New Walk-in Shower Should Cost You In 2023

SPONSORED / HEALTHY BLOOD

## Diabetes Might Not Be From Sweets! Meet The Number One Enemy

SPONSORED / DEFINITION

# M*A*S*H: 15 Hidden Details You Never Noticed

SPONSORED / HEALTH BENEFITS

# Dentists Are Surprised: BOSTON Man Relieves Tooth Decay With This Natural Ingredient

SPONSORED / THE MOTLEY FOOL

## A Slam Dunk if you Need a Balance Transfer (21 months)

SPONSORED / TURBOTAX

## Claiming the Home Office Tax Deduction

SPONSORED / RENUITY BATH EXPERTS

## Your Bathroom Will Never Look The Same Thanks To This 1-Day Transformation

SPONSORED / BUZZDAILY WINNERS

The Most Realistic PC Game of 2022

SPONSORED / HEALTHY GURU

## New Weight Loss Delicacy Has Americans Dropping Pounds

SPONSORED / SUNVALUE

## Massachusetts: Gov Will Cover The Cost To Install Solar if You Live In These Zip Codes

ABOUT                                DO NOT SELL MY PERSONAL INFORMATION

CONTACT                              CA NOTICE

HELP                                 TERMS OF SERVICE

CAREERS                              MSNBC SITEMAP

MSNBC STORE                          CLOSED CAPTIONING

AD CHOICES                           ADVERTISE

PRIVACY POLICY

© 2023 NBC UNIVERSAL

NEWS                    MSNBC                    TODAY

DOJ sends some 40 subpoenas to Trump aides - POLITICO

# POLITICO



**LEGAL**

## DOJ sends some 40 subpoenas to Trump aides

The subpoenas are a step forward in the investigation of the events leading up to the Jan. 6, 2021, attack on the Capitol.



Violent insurrectionists loyal to former President Donald Trump climb the west wall of the U.S. Capitol in Washington, D.C., on Jan. 6, 2021. | Jose Luis Magana/AP Photo

**By OLIVIA OLANDER**

09/12/2022 10:26 PM EDT

   

The Justice Department has issued some 40 subpoenas to aides of former President Donald Trump regarding Trump's efforts to overturn the 2020 presidential election, POLITICO confirmed Monday.

The subpoenas, first reported by The New York Times, are a major step forward in the ongoing investigation of the events leading up to the Jan. 6, 2021, attack on the Capitol. They also come as Trump is dealing with a separate inquiry into his handling of presidential records and classified material that he took with him to his home in Florida after the end of his presidency. Trump's lawyers and the Justice Department are currently in a protracted legal battle over the custody of those records.

AD

Former Trump adviser Stephen Bannon was the first to discuss the recent batch of subpoenas, saying on his podcast last week that 35 had been issued. That number appears to have been a slight lowballing of the actual figure.

Among matters that investigators are reportedly looking into is Trump's post-election fundraising and his efforts to overturn the election by appointing false electors. As POLITICO previously reported, a grand jury issued subpoenas last week seeking information about Trump's Save America PAC.

On his show Monday night, Fox News host Tucker Carlson said he had obtained a copy of a subpoena that was issued and that it pertained to "any claim that the vice president and/or the president of the Senate had the

authority to reject or to choose not to count presidential electors." POLITICO

**FILED UNDER:** FOX NEWS, TUCKER CARLSON, DEPARTMENT OF JUSTICE, DONALD TRUMP, 



# Huddle

A play-by-play preview of the day's congressional news

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ⌄

SIGN UP

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our **privacy policy** and **terms of service.** You can unsubscribe at any time and can **contact us here.** This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Request A Correction

DOJ seeks secret 42 subpoenas to Trump aides - POLITICO

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

—————————————

© 2023 POLITICO LLC



**Subpoenas**    Add Topic

# Justice Department subpoenas dozens of Trump aides in apparent escalation of investigation, according to reports

*The investigation of Trump's effort to overturn the 2020 election and the Capitol attack on Jan. 6, 2021, is separate from the seizure of documents from Mar-a-Lago.*

 **Bart Jansen**
USA TODAY

Published 7:43 p.m. ET Sept. 12, 2022 | **Updated 8:52 p.m. ET Sept. 12, 2022**

### Key Points

> The Justice Department subpoenaed dozens of Trump aides and seized at least two phones.
>
> Some subpoenas sought information from people who challenged the 2020 election results.
>
> Some subpoenas focused on Trump fundraisers and organizers of his rally before the Capitol riot.

WASHINGTON – The Justice Department issued dozens of subpoenas to Donald Trump's aides and associates for information about the 2020 election and the Capitol attack on Jan. 6, 2021, according to The New York Times and CNN.

The flurry of subpoenas suggested the investigation, which is separate from the seizure of Trump administration documents from Mar-a-Lago, is picking up pace.

At least two Trump aides, Boris Epshteyn and Mark Roman, had their phones seized as evidence, according to the Times. Epshteyn declined comment.

The subpoenas seek information about the Trump campaign's plan to organize alternate slates of electors in states President Joe Biden won. Epshteyn had copied on emails in late 2020 from Trump lawyer John Eastman, who developed the plan.

Eastman has already been subpoenaed and had his phone seized. Eastman earlier refused to answer questions from the House panel investigating the Capitol attack or a grand jury in

Georgia based on his Fifth Amendment right against self-incrimination.

Another subpoena recipient was Bernard Kerik, the former New York City police commissioner, who coordinated the investigation of claims of voter fraud with Trump lawyer Rudy Giuliani.

Kerik's lawyer, Timothy Parlatore, told USA TODAY that Kerik was willing to testify to federal investigators as he had already before the House committee. Kerik had already turned over examples of probable case of election fraud to the Justice Department for further investigation in late 2020, Parlatore said.

Former Attorney General Bill Barr has testified to the House panel that the department found no evidence to support the Trump campaign's claims of widespread fraud.

Parlatore said the department's latest subpoena read as if the current investigation had no focus and asked Kerik about names he didn't recognize.

"The normal DOJ subpoena looks like rifle shots," Parlatore said. "This looks like a whole bunch of scatter-shot shotgun blasts, almost like a spray-and-pray mindset."

The latest subpoenas included one to Dan Scavino, Trump's former social-media director, according to the Times. Trump promoted his fundraising to fight the results of the 2020 election and his rally the morning of Jan. 6 through social media. Scavino's lawyer, Stanley Woodward Jr., declined comment.

Others who were subpoenaed include former Trump campaign manager Bill Stepien and Sean Dollman, the campaign's chief financial officer, according to CNN.

The Justice Department declined comment on the subpoenas.

The investigation is separate from the seizure of Trump administration documents, which included dozens of classified records, from Mar-a-Lago. In that probe, federal investigators said they were looking for evidence of violations of the Espionage Act for mishandling national defense documents or of obstruction of justice.

**More:** Will Trump or his allies face charges over Jan. 6? Legal experts explain hurdles DOJ faces

The investigation is also separate, but overlaps with a local investigation in Fulton County, Georgia. District Attorney Fani Willis has convened a special grand jury to investigate fake

Case 1:23-sc-00031-JEB  Document 27-1  Filed 02/24/23  Page 26 of 80

electors and other potential election fraud by Trump and his campaign. The grand jury has subpoenaed Eastman and Giuliani, among others.

The Justice Department earlier declined without explanation to press charges against Scavino or former White House chief of staff Mark Meadows over defying subpoenas from the House committee investigating the attack. But the department charged Trump political strategist Steve Bannon, who was convicted of contempt, and former trade adviser Peter Navarro, who awaits trial.

The New York Times | https://www.nytimes.com/2022/06/27/us/politics/john-eastman-jan-6.html

# Federal Agents Seized Phone of John Eastman, Key Figure in Jan. 6 Plan

The action suggests that the criminal inquiry is accelerating into the efforts to help overturn the results of the 2020 election.

**By Alan Feuer and Adam Goldman**

June 27, 2022

Federal agents armed with a search warrant have seized the phone of John Eastman, a lawyer who advised former President Donald J. Trump on key elements of the effort to overturn the results of the 2020 election, according to a court filing by Mr. Eastman on Monday.

The seizure of Mr. Eastman's phone is the latest evidence that the Justice Department is intensifying its sprawling criminal investigation into the various strands of Mr. Trump's efforts to remain in power after he was defeated for re-election.

In the past week alone, the department has delivered grand jury subpoenas to a variety of figures with roles in backing Mr. Trump's efforts and it carried out at least one other search of a key figure.

The filing by Mr. Eastman, a motion to recover property from the government, said that F.B.I. agents in New Mexico, acting on behalf of the Justice Department's Office of the Inspector General, stopped Mr. Eastman as he was leaving a restaurant last Wednesday and seized his iPhone.

A copy of the warrant included as an exhibit in Mr. Eastman's filing said that the phone would be taken to either the Justice Department or the inspector general's forensic lab in Northern Virginia.

According to the filing, the seizure of Mr. Eastman's phone came on the same day that federal agents raided the home and seized the electronic devices of Jeffrey Clark, a former Justice Department official who was central to Mr. Trump's attempts to coerce the department's leaders into backing his false claims of fraud in the election.

The inspector general's office, which has jurisdiction over investigations of Justice Department employees, also issued the warrant in the search of Mr. Clark's home, a person familiar with the investigation said. The warrant indicated that prosecutors are investigating Mr. Clark for charges that include conspiracy to obstruct the certification of the presidential election, the person familiar with the investigation said.

A spokesman for the U.S. attorney's office in Washington, which is overseeing the inquiry, declined to comment on Mr. Eastman's court filing.

With Mr. Eastman and Mr. Clark, the department is gathering information about two lawyers who were in close contact with Mr. Trump in the critical weeks before the Jan. 6, 2021, attack on the Capitol by a pro-Trump mob.

The advice they were giving Mr. Trump involved separate but apparently intersecting proposals to provide him with a means of averting his defeat, with Mr. Clark focused on using the power of the Justice Department on Mr. Trump's behalf and Mr. Eastman focused on disrupting the congressional certification of the election's outcome.



Jeffrey Clark at a news conference in October 2020. Yuri Gripas/Reuters

The search warrant executed on Mr. Eastman by the inspector general's office may have been issued because of his connections to Mr. Clark, which were briefly touched on at a hearing by the House select committee on Jan. 6 last week, a day after the raids on the two men.

At the hearing, Representative Liz Cheney, Republican of Wyoming and the panel's vice chairwoman, said that Ken Klukowski, a Justice Department lawyer who was in contact with Mr. Eastman, also helped Mr. Clark draft a letter to Gov. Brian Kemp of Georgia stating falsely that the Justice Department had identified "significant concerns" about the "outcome of the election" in Georgia and several other states.

---

**How Times reporters cover politics.** We rely on our journalists to be independent observers. So while Times staff members may vote, they are not allowed to endorse or campaign for candidates or political causes. This includes participating in marches or rallies in support of a movement or giving money to, or raising money for, any political candidate or election cause.

Learn more about our process.

---

Did you find this information helpful?                                          Yes        No

The letter further recommended that Mr. Kemp call a special session of the state legislature to create "a separate slate of electors supporting Donald J. Trump."

Mr. Klukowski, who briefly served under Mr. Clark at the Justice Department and had earlier worked at the White House budget office, also "worked with John Eastman," Ms. Cheney said during the hearing. She went on to describe Mr. Eastman as "one of the primary architects of President Trump's scheme to overturn the election."



Ken Klukowski, center, a Justice Department lawyer who was in contact with Mr. Eastman, arrived for a meeting with the Jan. 6 House select committee late last year.  Al Drago for The New York Times

The inspector general's office has the authority to look into any public corruption crimes committed by Justice Department personnel, said Michael R. Bromwich, a former department inspector general during the Clinton administration.

"Those investigations can lead to people and places outside the Justice Department," Mr. Bromwich said. "There must be a connection between Eastman and someone who worked at the department."

A former law professor in California, Mr. Eastman helped develop and promote a brazen plan to justify having Vice President Mike Pence single-handedly block or delay certification of the Electoral College results showing Joseph R. Biden Jr.'s victory in the 2020 election. In a series of meetings and phone calls, Mr. Trump and Mr. Eastman pressured Mr. Pence to put the plan into action when Mr. Pence presided over a joint session of Congress on Jan. 6, 2021.

Mr. Pence's refusal to go along helped fuel the violence that overwhelmed the Capitol that day and became a bloody symbol of Mr. Trump's efforts to subvert the outcome of the election. Earlier this year, a federal judge in California considering a civil suit concerning the release of Mr. Eastman's emails to the House select committee concluded that Mr. Eastman and Mr. Trump most likely committed two felonies — obstruction of a proceeding before Congress and a conspiracy to defraud the United States — for their joint role in the pressure campaign against Mr. Pence.

Mr. Eastman was also instrumental in advising Mr. Trump to create purported slates of electors backing Mr. Trump in key swing states won by Mr. Biden. These false pro-Trump electors were intended to give Mr. Pence a quasi-legal rationale for delaying or blocking the Electoral College certification on Jan. 6, or even trying to throw the election to the House of Representatives.

Last week, a federal grand jury in Washington issued subpoenas to several people who prosecutors believe may have information about the so-called fake elector plan. Among those who received subpoenas were top Republicans in key swing states who served as purported pro-Trump electors, including Kelli Ward, the chairwoman of the Arizona Republican Party, and David Shafer, the chairman of the Georgia Republican Party.

The subpoenas, some of which have been obtained by The New York Times, show that prosecutors are seeking information about lawyers like Mr. Eastman who were close to Mr. Trump during the chaotic postelection period. The subpoenas also seek information on other lawyers like Rudolph W. Giuliani, who oversaw Mr. Trump's election challenges in general, and Kenneth Chesebro, who wrote legal memos laying out the viability of the fake elector plan.

In Mr. Eastman's court papers, filed in Federal District Court in New Mexico, he says that the search warrant did not mention what underlying crime prosecutors were looking into by seizing his phone.

On Monday night, Mr. Eastman appeared on Tucker Carlson's Fox News show and discussed the seizure of his phone, repeating his complaint that the warrant never specified what violation of the law prosecutors were investigating.

"There was no indication of any crime this is connected to," he said.

**The New York Times** | https://www.nytimes.com/2022/06/23/us/politics/jeffrey-clark-trump-justice-dept.html

# Federal Authorities Search Home of Trump Justice Dept. Official

Investigators went to the suburban Washington home of Jeffrey Clark in connection with the sprawling inquiry into the Jan. 6 attack and the effort to overturn the 2020 election.

**By Alan Feuer, Adam Goldman and Maggie Haberman**

June 23, 2022

Federal investigators carried out an early-morning search on Wednesday at the home of Jeffrey Clark, a former Justice Department official, in connection with the department's sprawling criminal inquiry into efforts to overturn the 2020 election, people familiar with the matter and an associate of Mr. Clark said.

It remained unclear exactly what the investigators may have been looking for. But Mr. Clark was central to President Donald J. Trump's unsuccessful effort in late 2020 to strong-arm the nation's top prosecutors into supporting his claims of election fraud, and the search suggested that the criminal investigation could be moving closer to Mr. Trump.

The law enforcement action at Mr. Clark's home in suburban Virginia came just one day before the House committee investigating the Jan. 6, 2021, attack on the Capitol held a hearing setting out in vivid and powerful detail Mr. Trump's efforts to pressure the Justice Department to help him reverse his election defeat.

The committee explored Mr. Clark's role in particular in helping Mr. Trump try — ultimately unsuccessfully — to pressure the department into lending credence to his baseless assertions of election fraud and pressure officials in Georgia, a key swing state, into reconsidering their certification of Joseph R. Biden Jr.'s victory.

One of Mr. Clark's associates described the striking scene early Wednesday morning when a dozen federal law-enforcement officials raided the house, seized Mr. Clark's electronic devices and put him out on the street in his pajamas.

"All because Jeff saw fit to investigate voter fraud," said the associate, Russ Vought, who runs the Center for Renewing America, where Mr. Clark is a senior fellow. "This is not America, folks. The weaponization of government must end."

Mr. Clark told Tucker Carlson of Fox News on Thursday that he had been woken by agents banging on his door shortly before 7 a.m. on Wednesday. He said that "12 agents and two Fairfax County police officers went into my house, searched it for three and a half hours." The agents, he said, "took all of the electronics from my house."

Mr. Clark criticized the investigation as "highly politicized" and suggested that it was no coincidence that the raid took place just before the House committee's hearing. "We're living in an era I don't recognize," he said.

The search at Mr. Clark's home was a significant step in the Justice Department's many-tentacled inquiry into the efforts to subvert the democratic process after the 2020 election.

In the early spring, a separate strand of the investigation was revealed as grand jury subpoenas were issued seeking information on a wide cast of political organizers, White House aides and members of Congress connected in various ways to Mr. Trump's incendiary speech near the White House that directly preceded the storming of the Capitol.

Mr. Clark's involvement in the inquiry was also the latest sign that the department's investigation had nudged ever closer to Mr. Trump himself — and to some of his allies in Congress. Mr. Clark worked closely with Mr. Trump in the weeks leading up to the Jan. 6 attack on the Capitol, as Mr. Trump's options closed off, to use the Justice Department as a tool for achieving his political ends.

Encouraged by members of the far-right House Freedom Caucus, Mr. Trump considered and then abandoned a plan in the days just before the Jan. 6 attack to put Mr. Clark in charge of the Justice Department as acting attorney general.

At the time, Mr. Clark was proposing to send a letter to state officials in Georgia falsely stating that the department had evidence that could lead Georgia to rescind its certification of Mr. Biden's victory in that key swing state. The effort was cut short by his superiors in the department.

———

**How Times reporters cover politics.** We rely on our journalists to be independent observers. So while Times staff members may vote, they are not allowed to endorse or campaign for candidates or political causes. This includes participating in marches or rallies in support of a movement or giving money to, or raising money for, any political candidate or election cause.

Learn more about our process.

Did you find this information helpful?　　　　　Yes　　No

Attorney General Merrick B. Garland has said little publicly about the criminal investigation other than that the Justice Department would follow the facts. But he has been under pressure from some Democrats, including members of the House select committee, to hold Mr. Trump and his allies to account for the effort to disrupt the peaceful transfer of power.

The developments regarding Mr. Clark came to light as a federal grand jury sitting in Washington continued to issue subpoenas to people involved in a related plan by Mr. Trump and his allies to overturn the election: an effort to subvert the normal workings of the electoral process by creating fake slates of pro-Trump electors in states that were actually won by Mr. Biden.

In the past two days, according to several people familiar with the matter, at least nine people in four different states have received subpoenas in connection with the fake-elector investigation. They were largely those who agreed to be electors for Mr. Trump themselves or were aides to Mr. Trump's campaign in states where the plan was carried out.

Among those who received subpoenas were Kelli Ward, the chairwoman of the Arizona Republican Party, and her husband, Michael, both of whom served as electors on Mr. Trump's purported slate in the state, according to a person familiar with the matter. Along with the Wards, subpoenas were issued to two other pro-Trump electors in Arizona, Nancy Cottle and Loraine B. Pellegrino, the person said.

Their lawyer, Alexander Kolodin, attacked the Justice Department's fake elector inquiry.

"This is an investigation based on allegations that our clients engaged in core First Amendment activity — petitioning Congress about grievances," Mr. Kolodin said.

On Wednesday evening, a local news outlet in Nevada reported yet another development in the fake-elector investigation: Federal agents armed with a search warrant had seized the phone of Michael McDonald, the chairman of the Nevada Republican Party who had served as pro-Trump elector in the state. A search warrant was also issued for the party's secretary, James DeGraffenreid, who had taken part in the scheme as an elector as well, the news outlet reported.

Lawyers for Mr. McDonald and Mr. DeGraffenreid did not return phone calls on Thursday seeking comment.

While several state officials and Trump campaign aides have received subpoenas in the fake-elector investigation, the inquiry is primarily focused on a group of lawyers who worked closely with Mr. Trump in devising the scheme. Those lawyers include Rudolph W. Giuliani, who oversaw Mr. Trump's challenges to the election in general, and John Eastman, who advised the former president on creating the fake electors, among other things.

Mr. Giuliani and Mr. Eastman have figured prominently in earlier hearings this month by the House select committee. The two men, the committee showed, were intimately involved in efforts to cajole state officials to throw the election to Mr. Trump and in pressuring Vice President Mike Pence to single-handedly grant Mr. Trump a victory in the Electoral College.

At the committee's last hearing, on Tuesday, investigators for the first time directly linked Mr. Trump to the fake elector plan. The committee introduced a recorded deposition from Ronna McDaniel, the chairwoman of the Republican National Committee, in which she recounted how Mr. Trump called her and put Mr. Eastman on the phone "to talk about the importance of the R.N.C. helping the campaign gather these contingent electors."

Mr. Clark's role in the efforts to subvert the election are arguably most closely related to the pressure campaign against state officials to create pro-Trump electors.

In late December 2020, Mr. Clark, while serving as the acting head of the Justice Department's civil division, helped to draft a letter to Gov. Brian Kemp of Georgia stating — without evidence — that the Justice Department had identified "significant concerns" about the "outcome of the election" in Georgia and several other states.

The letter advised Mr. Kemp, a Republican, to call a special session of his state's General Assembly to create "a separate slate of electors supporting Donald J. Trump."

Mr. Clark pressured the acting attorney general at the time, Jeffrey A. Rosen, to sign and send the letter to Mr. Kemp, but Mr. Rosen refused.

Mr. Rosen was among the former Justice Department officials who testified about Mr. Clark before the House committee at its hearing on Thursday.

Katie Benner contributed reporting.



Archivist *of the*
United States

NATIONAL
ARCHIVES

February 18, 2022

The Honorable Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform
U.S. House of Representatives
2157 Rayburn House Office Building
Washington, DC 20515

Dear Madam Chairwoman:

I write to you pursuant to my authority under section 2203(e) of the Presidential
Records Act (PRA), as amended (44 U.S.C. §§ 2201-2209), which establishes that I may
"request the advice" of the appropriate committees of the House and the Senate when I
consider that a proposed disposal of Presidential records by the incumbent President
"may be of special interest to the Congress" or that "consultation with the Congress
regarding the disposal of these particular records is in the public interest."  While this
provision specifically applies to disposals proposed by the incumbent President, the
National Archives and Records Administration (NARA) has always interpreted it to apply
to disposals of Presidential records of which I was not informed.

Under the PRA, all Presidential records automatically transfer to NARA's legal custody
when the President leaves office. With respect to the Trump Presidential records, the
legal transfer took place on January 20, 2021.  However, it is not uncommon for there
to be a delay before NARA takes physical custody of all of the records.  The complex
technical work needed to transfer hundreds of terabytes of electronic records, coupled
with a one-term transition, meant that the physical transfer could not be completed
between the Presidential election and Inauguration Day. It took until November 2021
for NARA to receive all of the electronic Trump Presidential records.

Included among the Trump Presidential electronic records are those created on social
media platforms.  NARA recognizes that social media records are a relatively recent
phenomenon, that capturing records on social media platforms is an evolving process,
and that different platforms pose different issues with respect to how records are
defined and managed.

By this letter, I am advising you that the Trump Administration did not fully capture, and
therefore NARA did not receive, all of the Presidential records created by President
Trump and White House staff that were posted on social media platforms, as
summarized in more detail below:

- Early in the Trump Administration, questions were raised about President Trump's use of his personal Twitter account to conduct official government business and whether deleted tweets were being captured and preserved as Presidential records.  In March 2017, NARA advised the Trump Administration that it should capture and preserve as Presidential records all tweets that the President posts in the course of his official duties, whether on his personal @realDonaldTrump account or on the official @POTUS account, including those tweets that were subsequently deleted.  As I reported in a March 30, 2017, letter to Senators Claire McCaskill and Tom Carper, NARA was "informed by White House officials that they [were], in fact, doing so."

  Since the end of the administration, we have learned that the White House initially used a manual process to capture tweets that were deleted from @realDonaldTrump and @POTUS by copying them from non-governmental organizations that were capturing them, such as Propublica and Factba.se.  The White House did not begin using the vendor ArchiveSocial to automate the capture of tweets and other social media records in real-time until January 2018. Moreover, @realDonaldTrump was not enrolled until August 2018 and the tool stopped capturing @realDonaldTrump in April 2020. The official @POTUS was enrolled in February 2018 and remained connected throughout the rest of the administration.

  When properly implemented, ArchiveSocial captures all versions of content as it appears on the platforms, along with any changes, such as deleted or edited content, changes to an account profile, and direct or private messages. However, it cannot capture such changes retroactively.  If a social media account is not enrolled or subsequently becomes disconnected from ArchiveSocial, any changes, including deleted or modified posts, cannot be captured.

  The Twitter account @realDonaldTrump was disconnected from ArchiveSocial in April 2020. A key feature of ArchiveSocial is that it sends automated alerts to the account owners/system administrators every three to five days to remind them to reconnect any disconnected accounts. The tool also displays information about the account status in the dashboard.  This account was not re-enrolled.

  When White House officials brought this problem to our attention near the end of the administration, Twitter had permanently suspended @realDonaldTrump. NARA contacted Twitter directly to ask if it retained the account data between April 20th and the account's suspension. Twitter provided us with a copy of the available account data. However, it did not include previously deleted tweets, which are not retained by the company.  Accordingly, we were unable to obtain a complete set of these Presidential records from the Trump Administration or Twitter.  While we do have access to copies of deleted tweets collected by other non-governmental sources, we do not consider them as official Presidential records and cannot ensure the completeness of their captured account data.

- The Trump White House did not take any steps to capture deleted content from any Trump Administration social media account other than @realDonaldTrump or @POTUS prior to enrolling them with ArchiveSocial. As with @realDonaldTrump, many other Trump Administration social media accounts were not enrolled until the summer or fall of 2018, even though these accounts were active for over a year prior to enrollment, during which time deleted or modified Presidential record content was not captured. Other accounts were not enrolled until just prior to the end of the administration.

- The ArchiveSocial tool included the ability to capture direct messages that may have been used on the platforms, but the Trump Administration opted not to enable capture of direct messages, and was unable to report whether direct messaging was actually used on any of the platforms by the account holders.

- NARA identified seven Twitter accounts that we think contain presidential record information, but were not captured by the Trump Administration. These accounts belonged to Andrew Giuliani, Chad Gilmartin, Ivanka Trump, Kayleigh McEnany, Kellyanne Conway, Mark Meadows, and Peter Navarro. After the end of the administration, NARA obtained the publicly available tweets from these accounts in order to supplement its archival collection.

- In January 2021, administration officials advised NARA that two social media accounts they thought contained Presidential record content were not enrolled in ArchiveSocial and could not be retroactively enrolled as they had been suspended by the platforms. These accounts were Donald J. Trump on Facebook and @realDonaldTrump on Instagram. NARA endeavored to work with Facebook, which operates Instagram, to obtain access to the accounts, but Facebook was not able to provide access.

- SnapChat was used by the Trump Administration (@realdonaldtrump and @whitehouse), which advised NARA that it was capturing content posted to the platform. NARA has not yet been able to locate any SnapChat content in the records transferred to us. SnapChat ultimately banned President Trump from the platform, and it is not possible to see any previous content. SnapChat advised NARA that the Trump Administration used the @whitehouse account approximately five times during four years. However, the administration regularly used the @realdonaldtrump account. News reports indicate that the account had 1.5 million followers on the platform. We do not know whether direct messaging was enabled on the account. We are not able to determine to what extent @realdonaldtrump SnapChat contained unique Presidential records as compared to content duplicative from other platforms, or purely campaign related information, which would not have been a Presidential record.

Please let me or my staff know if you have questions or would like to discuss this issue further.

Sincerely,

DAVID S. FERRIERO
Archivist of the United States

cc:  The Honorable James Comer, Ranking Member

☰    **CNN** politics    AudioLive TV

# First on CNN: Top Trump adviser Stephen Miller testifies to January 6 federal grand jury

By Katelyn Polantz and Hannah Rabinowitz, CNN

Updated 8:09 PM EST, Tue November 29, 2022



◻ Video Ad Feedback

What Stephen Miller's testimony tells legal analyst about Trump probe

01:18 - Source: CNN

**Washington (CNN)** — Former Trump adviser Stephen Miller testified on Tuesday to a federal grand jury in Washington, DC, as part of the January 6, 2021, investigation, CNN has learned, making him the first known witness to testify since the Justice Department appointed a special counsel to oversee the criminal investigations around the former president.

Miller was at the federal courthouse in downtown Washington for several hours throughout Tuesday, according to a person familiar with the investigation. January 6 lead prosecutor Thomas Windom was spotted at the same federal courthouse on Tuesday.

Windom is expected to join the newly created Special Counsel's Office led by longtime public corruption prosecutor Jack Smith and will continue leading the investigation into former President Donald Trump's role in efforts to impede the transfer of power following the 2020 election.

Federal investigators have for months sought information from Trump's inner circle in the White House, attempting to gather insight into Trump's state of mind before his supporters rioted on January 6.

Miller, a former White House speechwriter and senior adviser to Trump, could provide a firsthand account of the former president's preparations for his speech at the Ellipse in Washington on January 6, including how he wanted to inspire his supporters, many of whom went on to attack the Capitol and disrupt Congress.

Miller was first subpoenaed in the federal criminal investigation months ago.

In April, Miller testified virtually for roughly eight hours before the House select committee investigating January 6 – a completely separate probe from the criminal investigation being run by the Justice Department.

According to findings the committee presented at a public hearing in July, Miller spoke to Trump for several minutes on the morning of January 6 about his planned speech at the Ellipse. After talking with Miller, Trump added a line to his speech about then-Vice President Mike Pence, according to the committee's findings.

The committee said that Miller removed the lines about Pence after having a conversation with a White House lawyer, Eric Herschmann, who objected to the president's edits, according to testimony from Miller. Yet when Trump gave the speech, it included several references to Pence.

At the time, Trump and others were pressuring Pence to block certification of the election. Pence ultimately refused and told Trump and others he had no authority to do so. During the Capitol riot, Trump supporters chanted, "Hang Mike Pence" and broke into restricted areas of the complex, prompting Pence to be evacuated from the Senate chamber.

In recent months, the January 6 investigation team led by Windom has secured decisions ordering top Pence aides to testify to the grand jury about some of the most guarded conversations around Trump after the election. And a parade of top advisers to Trump have had their cell phones seized or received grand jury subpoenas for testimony and documents related to the effort to overturn Trump's electoral loss.

CNN's Kristen Holmes contributed to this report.

**Paid Links**

Search CNN...

Log In

Live TV

Audio

US

World

Politics

Business

Markets

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Audio

CNN Underscored

Coupons

Weather

More



**FOLLOW CNN POLITICS**

   

Terms of Use    Privacy Policy    Cookie Settings    Ad Choices    Accessibility & CC    About    Newsletters    Transcripts

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

2/3/23, 4:57 PM
Case 1:23-sc-00031-JEB Document 27 Filed 02/24/23 Page 40 of 80
Testimony: Top Trump adviser Stephen Miller testifies to January 6 federal grand jury | CNN Politics

Case 1:23-sc-00081-JEB   Document 27-1   Filed 02/34/23   Page 42 of 80

**QUICK GUIDE**  | Search the Video Library  🔍  📅 SCHEDULE     TV NETWORKS     RADIO  🎙 PODCASTS   📱 APP

CREATED BY CABLE IN 1979   All Series ⌄   American History TV   Book TV   Washington Journal          Congress   Executive   Supreme Court

LOGIN    🛒

Report Video Issue

**NOVEMBER 18, 2022**

### Former President Trump Statement on Special Counsel Appointment

Former President Trump made a statement Attorney General Merrick Garland's appointment of a special counsel to investigate him for the possible retention of classified documents at his Mar-a-Lago home and his involvement in the January 6, 2021, attack on the U.S. Capitol during the transfer of power for the presidency.

close ⌃



16:38

✂ Clip      🔖 Bookmark To MyC-SPAN                    ❓ Clipping Guide          Share This Video  🐦 f ↗

**Text type**                 **Filter by Speaker**      **Search this text**

Text ⌄                        All Speakers ⌄            [                    🔍 ]

00:00:00    THE AMAZING PART WAS THAT RICARDO --
▶

00:00:00    LIVE NOW, A LOOK INTO INVESTIGATION SURROUNDING THE FORMER PRESIDENT.
▶          [APPLAUSE]

00:00:03    THANK YOU, VERY MUCH. THANK YOU. WHAT A JOB SHE DOES. [APPLAUSE]
▶

00:00:44    THANK YOU, VERY MUCH. WE APPRECIATE YOU BEING THAT THIS INCREDIBLE
▶          EVENING. WE LOVE YOU AND WE LOVE THIS PLACE. IT HAS DONE SO MUCH GOOD
           AND RAY SO MUCH...
           ⌄ Show Full Text

00:16:27   FORMER PRESIDENT TRUMP HAS MOVED ONTO OTHER TOPICS. WE WILL TAKE THIS
▶          OPPORTUNITY TO MOVE ON WITH OUR PROGRAM SCHEDULE.

*This text was compiled from uncorrected Closed Captioning.

**👤 PEOPLE IN THIS VIDEO**

**Donald J. Trump**
U.S. President (Former)
United States

**📍 HOSTING ORGANIZATION**

**Save America PAC**

Former President Trump Statement on Special Counsel Appointment | C-SPAN.org



🎁 **Purchase a Download**
*Former President Trump Statement on Special Counsel Appointment*   ⌄



⭐ **FEATURED CLIPS FROM THIS VIDEO**



**8:34 PM**

**Former President Trump Responds to the Appointment of a Special Counsel**

Former President Trump responds to the Department of Justice's appointment of a special counsel to investigate him for…

**2 MINUTES | 6,289 VIEWS**

▶️ **RELATED VIDEO**

*See all on* **TRUMP, DONALD J.** **JANUARY 6, 2021**






**NOVEMBER 18, 2022**

**Attorney General Announces Special Counsel for Mar-a-Lago and January 6 Investigations**

Attorney General Merrick Garland announced that he was appointing Jack Smith as special counsel to oversee investigations involving former President…

**OCTOBER 22, 2022**

**Bart Jansen on Subpoena of Former President Trump**

Bart Jansen, *USA Today* Justice Department correspondent, talked about the January 6 Committee's subpoena of former…

**JUNE 23, 2022**

**Rep. Schiff Speaks to Reporters After Fifth January 6 Hearing**

Rep. Adam Schiff (D-CA) spoke with reporters following the fifth hearing of the Select Committee to investigate the…

**JUNE 23, 2022**

**Rep. Thompson Speaks to Reporters After Fifth January 6 Hearing**

Rep. Bennie Thompson (D-MS) spoke with reporters following the fifth hearing of the Select Committee to investigate the…

✂️ **USER CREATED CLIPS FROM THIS VIDEO**






**NOVEMBER 18, 2022**

**Former President Trump Responds to the Appointment of a Special Counsel**

**2 MINUTES | 6,289 VIEWS**

**NOVEMBER 18, 2022**

**User Clip: Election Manipulation?**

**27 SECONDS | 154 VIEWS**

**NOVEMBER 18, 2022**

**User Clip: Trump DOJ Special Counsel**

**9 MINUTES | 122 VIEWS**

**NOVEMBER 18, 2022**

**User Clip: Trump Gives Statement on Special Counsel Appointment**

**~1 SECONDS | 54 VIEWS**

## ABOUT C-SPAN

Our Mission

Our History

Cameras In The Court

Milestones

Leadership

Jobs

In The Community

Video Library

Viewer Guide

## RESOURCES

C-SPAN Classroom

Blog

Series A-Z

Press Center

FAQs

Contact Us

Shop

C-SPAN's Book Collection

World Legislatures

MyC-SPAN Login

**C-SPAN Now App**

Download

Download

C-SPAN Podcasts

## FOLLOW C-SPAN



© 2023 National Cable Satellite Corporation   |   Copyrights and Licensing   |   Terms and Conditions   |   Privacy

Case 1:23-cr-00031-JEB   Document 27-1   Filed 02/24/23   Page 45 of 80

☰  CNN politics

AudioLive TV

# Former Trump White House counsel and his deputy testify to Jan. 6 criminal grand jury

By Casey Gannon, Katelyn Polantz and Kristen Holmes, CNN

Updated 5:42 PM EST, Fri December 2, 2022



Sarah Silbiger/Getty Images

(CNN) — Former Trump White House counsel Pat Cipollone and deputy counsel Patrick Philbin testified to a federal grand jury for several hours in Washington, DC, on Friday, indicating the Justice Department had compelled the men to answer more questions in the January 6, 2021, criminal investigation despite challenges from Donald Trump's legal team.

The January 6 grand jury activity is the latest indication the investigation – now led by special counsel Jack Smith – has pushed in recent months to unearth new details about direct conversations with the former president and advice given to him after the election.

Cipollone was first seen entering the grand jury area with his attorney, Michael Purpura, before 9 a.m., and he was there for more than five hours. Purpura has not responded to

2/3/23, 4:57 PM
Case 1:23-cr-00031-JEB Document 27-1 Filed 02/24/23 Page 46 of 80
Former Trump White House Counsel and his deputy testify before the criminal grand jury | CNN Politics

before 9 a.m., and he was there for more than five hours. Purpura has not responded to requests for comment. The grand jury proceedings themselves are confidential.

Philbin, whom Purpura also represents, headed into the grand jury area just before the lunch hour on Friday, staying until about 4 p.m.

Thomas Windom and Mary Dohrmann, prosecutors in the January 6 investigation who are now to be led by Smith, were also seen walking in with Cipollone.

The investigators are looking at efforts to obstruct the transfer of power at the end of Trump's presidency and have obtained testimony from several administration advisers closest to the former president after the election and as the Capitol was attacked by his supporters.


**RELATED ARTICLE**
Trump's classic delay and divert legal strategy is running out of road

CNN previously reported that Chief Judge Beryl Howell of the DC District Court, who oversees the federal grand juries in Washington, ordered Cipollone and Philbin to provide additional grand jury testimony this month, following up on their testimony in the fall. The judge has repeatedly rejected Trump's privilege claims in the Justice Department's criminal investigation of efforts to overturn the 2020 election, according to people briefed on the matter.

Philbin and Cipollone were both key witnesses to Trump's actions in the last days of his presidency. Cipollone repeatedly pushed back on efforts to overturn the 2020 election, and according to a Senate Judiciary Committee report, he and Philbin opposed a proposal to replace the attorney general with someone willing to look into false claims of election fraud.

Previously, the Justice Department compelled top advisers from Vice President Mike Pence's office to testify to the grand jury. They had sought to protect Pence in January 2021 from Trump's pressure campaign to overturn the election.

Earlier this week, Trump White House official Stephen Miller, who worked with Trump on his speech at the Ellipse, had his own day before the grand jury.

On Thursday, another leg of Smith's special counsel investigation – into the handling of documents at Mar-a-Lago after the presidency – was active in the courthouse. At least one Mar-a-Lago prosecutor was working in the secret grand jury proceedings, as three aides

Case 1:23-sc-00031-JEB   Document 27-1   Filed 02/24/23   Page 47 of 80

to Trump, Dan Scavino, William Russell and Beau Harrison, each appeared, according to sources familiar with them. Their attorney declined to comment.

*This story has been updated with additional details.*

**Paid Links**

---

---

---

---

---

Search CNN...



**Log In**

Live TV

Audio

US

World

Politics

Business

Business

Markets

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Audio

CNN Underscored

Coupons

Weather

More



**FOLLOW CNN POLITICS**

   

Terms of Use    Privacy Policy    Cookie Settings    Ad Choices    Accessibility & CC    About    Newsletters    Transcripts

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

2/3/23, 4:57 PM
Case 1:23-cv-00031-JEB   Document 27-1   Filed 02/24/23   Page 49 of 80
Scrutof Colony White House counsel and his deputy testify on Jan. 6 criminal probe | CNN Politics



AP NEWS



U.S. News    World New
Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war



ADVERTISEMENT

**Farnoush Amiri**
Farnoush is a
congressional reporter.

FarnoushAmiri
famiri@ap.org





**RELATED TOPICS**

Capitol siege
Politics
AP Top News
Donald Trump

# Jan. 6 panel urges Trump prosecution with criminal referral

By MARY CLARE JALONICK, ERIC TUCKER and FARNOUSH AMIRI    December 19, 2022

ADVERTISEMENT

**You May Like**                     Promoted

**Amazon Hates When You Do This, But They Can't Stop You**
Promoted: Online Shopping Tools

**Massachusetts Gov Will Cover The Cost To Install Solar If You Own A Home In These Zip Codes**
Promoted: EnergyBillCruncher

**Electric Companies Will Hate You for Doing This, but They Can't Stop You**

AP NEWS



For By Medicare? (See How)
Promoted: Staff Approved

Learn More

U.S. News   World New

Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war



40 Years Old
Promoted: BuzzDaily Winners

Finally Legal in Massachusetts, "You Gotta Try These THC Gummies!"
Promoted: Tommy Chong's CBD

by Taboola

ADVERTISEMENT

WASHINGTON (AP) — The House Jan. 6 committee urged the Justice Department on Monday to bring criminal charges against Donald Trump for the violent 2021 Capitol insurrection, calling for accountability for the former president and "a time of reflection and reckoning."

**AP NEWS**

congressional

panel's seven
Democrats and
two Republicans
are
recommending
criminal charges
against Trump
and associates
who helped him
launch a wide-
ranging pressure
campaign to try
to overturn his
2020 election
loss. The panel
also released a
lengthy
summary of its
final report, with
findings that
Trump engaged
in a "multi-part
conspiracy" to
thwart the will of
voters.

At a final
meeting Monday,
the committee
alleged
violations of four
criminal statutes
by Trump, in
both the run-up
to the riot and
during the
insurrection
itself, as it
recommended
the former

**AP NEWS**

Department.
Among the

U.S. News   World New

Trending News   U.S. winter storms   Grammy Awards   Super Bowl   Russia-Ukraine war

prosecution is
aiding an
insurrection —
an effort to hold
him directly
accountable for
his supporters
who stormed the
Capitol that day.

The committee
also voted to
refer
conservative
lawyer John
Eastman, who
devised dubious
legal maneuvers
aimed at keeping
Trump in power,
for prosecution
on two of the
same statutes as
Trump:
conspiracy to
defraud the
United States
and obstructing
an official
proceeding.

While a criminal
referral is mostly
symbolic, with
the Justice
Department
ultimately
deciding
whether to
prosecute
Trump or others,

**AP NEWS**

almost singular

U.S. News    World New

Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war

start.

Chairman Bennie Thompson, D-Miss., said Trump "broke the faith" that people have when they cast ballots in a democracy and that the criminal referrals could provide a "roadmap to justice" by using the committee's work.

"I believe nearly two years later, this is still a time of reflection and reckoning," Thompson said. "If we are to survive as a nation of laws and democracy, this can never happen again."

ADVERTISEMENT

Wyoming Rep. Liz Cheney, the panel's

**AP NEWS**

opening remarks
that every

U.S. News   World New

Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war

has defended the
orderly transfer
of power,
"except one."

The committee
also voted 9-0 to
approve its final
report, which
will include
findings,
interview
transcripts and
legislative
recommendations.
The full report is
expected to be
released on
Wednesday.

The report's 154-
page summary,
made public as
the hearing
ended, found
that Trump
engaged in a
"multi-part
conspiracy" to
overturn the
election. While
the majority of
the report's
main findings
are not new, it
altogether
represents one
of the most
damning
portraits of an
American

**AP NEWS**

great detail

overturn his own defeat and what the lawmakers say is his direct responsibility for the insurrection of his supporters.

The panel, which will dissolve on Jan. 3 with the new Republican-led House, has conducted more than 1,000 interviews, held 10 well-watched public hearings and collected more than a million documents since it launched in July 2021. As it has gathered the massive trove of evidence, the members have become emboldened in declaring that Trump, a Republican, is to blame for the violent attack on the Capitol by his supporters almost two years ago.

**AP NEWS**

After beating

many of them, the Jan. 6 rioters stormed the Capitol and interrupted the certification of Biden's presidential election win, echoing Trump's lies about widespread election fraud and sending lawmakers and others running for their lives.

The attack came after weeks of Trump's efforts to overturn his defeat — a campaign that was extensively detailed by the committee in its multiple public hearings, and laid out again by lawmakers on the panel at Monday's meeting. Many of Trump's former aides testified about his unprecedented pressure on

**AP NEWS**

to Biden's will.

The committee

U.S. News   World New

Trending News   U.S. winter storms   Grammy Awards   Super Bowl   Russia-Ukraine war

great detail how Trump riled up the crowd at a rally that morning and then did little to stop his supporters for several hours as he watched the violence unfold on television.

ADVERTISEMENT

The panel aired some new evidence at the meeting, including a recent interview with longtime Trump aide Hope Hicks. Describing a conversation she had with Trump around that time, she said he told her that no one would care about his legacy if he lost the election.

Hicks told the committee that Trump told her,

**AP NEWS**

Trump's

U.S. News    World New

Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war

respond to a request for comment, but the former president slammed members of the committee Sunday as "thugs and scoundrels" as he has continued to falsely dispute his 2020 loss.

While a so-called criminal referral has no real legal standing, it is a forceful statement by the committee and adds to political pressure already on Attorney General Merrick Garland and special counsel Jack Smith, who is conducting an investigation into Jan. 6 and Trump's actions.

ADVERTISEMENT

On the recommendation

**AP NEWS**

committee said

the former
president "was
directly
responsible for
summoning
what became a
violent mob"
and refused
repeated
entreaties from
his aides to
condemn the
rioters or to
encourage them
to leave.

For obstructing
an official
proceeding, the
committee cites
Trump's
relentless
badgering of
Vice President
Mike Pence and
others to
prevent the
certification of
the election
results on Jan. 6.
And his repeated
lies about the
election and
efforts to undo
the results open
him up to a
charge of
conspiracy to
defraud the
United States,

**AP NEWS**

by the panel is

statement, citing the scheme by Trump and his allies to put forward slates of fake electors in battleground states won by President Joe Biden.

Among the other charges contemplated, but not approved, by the committee was seditious conspiracy, the same allegation Justice Department prosecutors have used to target a subset of rioters belonging to far-right groups like the Oath Keepers and Proud Boys.

Thompson said after the hearing that the seditious conspiracy charge is "something that the committee didn't come to agreement on."

AP NEWS

summer of 2021
after Senate

U.S. News    World New

Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war

formation of
what would have
been a
bipartisan,
independent
commission to
investigate the
insurrection.
When that effort
failed, the
Democratic-
controlled
House formed
an investigative
committee of its
own.

ADVERTISEMENT

House
Republican
leader Kevin
McCarthy of
California, a
Trump ally,
decided not to
participate after
House Speaker
Nancy Pelosi
rejected some of
his
appointments.
That left an
opening for two
anti-Trump
Republicans in
the House —

**AP NEWS**

of Illinois — to
join seven

U.S. News    World New
Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war

unusually
unified panel in
the divided
Congress.

Rep. Liz (

Rep. Liz Chene

McCarthy was
one of four
House
Republicans who
ignored
congressional
subpoenas from
the panel and
were referred to
the House Ethics
Committee on
Monday for their
non-compliance.

The Republican
leader, who is
hoping to
become speaker
of the House
when his party
takes the
majority in
January, has
acknowledged he
spoke with
Trump on Jan. 6.
The committee
also referred
Reps. Jim Jordan
of Ohio, Scott
Perry of
Pennsylvania
and Andy Biggs

**AP NEWS**

Trump or the

leading up to the attack.

While the committee's mission was to take a comprehensive accounting of the insurrection and educate the public about what happened, they've also aimed their work at an audience of one: the attorney general. Lawmakers on the panel have openly pressured Garland to investigate Trump's actions, and last month he appointed a special counsel, Smith, to oversee two probes related to Trump, including those related to the insurrection and the presence of classified documents at Trump's Florida estate.

The committee

**AP NEWS**

can only be

system.

"No one should
get a pass," said
Rep. Adam
Schiff, D-Calif.

———

Associated Press
writers Lisa
Mascaro, Jill
Colvin and Kevin
Freking
contributed to
this report.

———

For full coverage
of the Jan. 6
hearings, go to
https://www.apnews.cc
siege.

**You
May Like**     by Taboola

s

**AP NEWS**

U.S. News    World New

Trending News    U.S. winter storms    Grammy Awards    Super Bowl    Russia-Ukraine war

### Amazon Left Scrambling As...

Online Shopping Tools

### Massachusetts: Say Bye To Your Power Bill If Yo...

EnergyBillCruncher

### Gronk's Favorite "Dressy" Shoes...

Wolf & Shepherd

### If You Have Toenail Fungus...

Healthy Guru

### This New Sleep Patch...

Zleep    Learn More

### Seniors Under 85 Yrs Old Get $50K In Life Insuranc...

Finance Daily

## Ad Content

### Experts Surprised: If You Have Mol...

Promoted: Healthy Living24

### This New CPA...

Promoted: The Easy Blog by EasyBreathe.com

### 5.5% High Interest Savings Accounts. Fin...

Promoted: StuffAnswered

**AP NEWS**

WAS

**U.S. News**    **World New**

Trending News       U.S. winter storms       Grammy Awards       Super Bowl       Russia-Ukraine war

today

## Ad Content

### Protect Your Brain: The...

Ageless          Learn More

Mind

### Volkswagen has done it again....

Volkswagen       Search Now

Deals | Top

### Unsold Never-Used Laptops...

Tech             Learn More

Savings

### Empty Alaska Cruise Cabins...

Alaska Cruise Deals |

sponsored searches

### Your Bathroom Will Never Look The Same Than...

Renuity Bath Experts

### These travel vans have done it...

Camper           Search Now

Van Deals |

## Ad Content

### Military Jobs For Seniors...

Promoted: Military Jobs |

Search Ads

### Look for any high school...

Promoted: Classmates.com

### Your Memory Is Excellent If You

**AP NEWS**

US

**U.S. News**   **World New**

Trending News   U.S. winter storms   Grammy Awards   Super Bowl   Russia-Ukraine war

HIN...

yesterday

  



**AP NEWS**

Top Stories

Video

Contact Us

Accessibility Statement

Cookie Settings

**DOWNLOAD AP NEWS**

Connect with the definitive source for global and local news

**MORE FROM AP**

ap.org

AP Insights

AP Definitive Source Blog

AP Images Spotlight

AP Explore

AP Books

AP Stylebook

**FOLLOW AP**

THE ASSOCIATED PRESS

About   Contact   Customer Support   Careers   Terms & Conditions   Privacy

All contents © copyright 2023 The Associated Press. All rights reserved.

**The New York Times** | https://www.nytimes.com/2023/01/30/nyregion/trump-stormy-daniels-grand-jury.html

# Manhattan Prosecutors Begin Presenting Trump Case to Grand Jury

The Manhattan district attorney's decision represents a dramatic escalation of the inquiry, and potentially sets the case on a path toward criminal charges against the former president.

By William K. Rashbaum, Ben Protess, Jonah E. Bromwich and Hurubie Meko

Jan. 30, 2023

7 MIN READ

The Manhattan district attorney's office on Monday began presenting evidence to a grand jury about Donald J. Trump's role in paying hush money to a porn star during his 2016 presidential campaign, laying the groundwork for potential criminal charges against the former president in the coming months, according to people with knowledge of the matter.

The grand jury was recently impaneled, and the beginning of witness testimony represents a clear signal that the district attorney, Alvin L. Bragg, is nearing a decision about whether to charge Mr. Trump.

On Monday, one of the witnesses was seen with his lawyer entering the building in Lower Manhattan where the grand jury is sitting. The witness, David Pecker, is the former publisher of The National Enquirer, the tabloid that helped broker the deal with the porn star, Stormy Daniels.

As prosecutors prepare to reconstruct the events surrounding the payment for grand jurors, they have sought to interview several witnesses, including the tabloid's former editor, Dylan Howard, and two employees at Mr. Trump's company, the people said. Mr. Howard and the Trump Organization employees, Jeffrey McConney and Deborah Tarasoff, have not yet testified before the grand jury.

The prosecutors have also begun contacting officials from Mr. Trump's 2016 campaign, one of the people said. And in a sign that they want to corroborate these witness accounts, the prosecutors recently subpoenaed phone records and other documents that might shed light on the episode.

A conviction is not a sure thing, in part because a case could hinge on showing that Mr. Trump and his company falsified records to hide the payout from voters days before the 2016 election, a low-level felony charge that would be based on a largely untested legal theory. The case would also rely on the testimony of Michael D. Cohen, Mr. Trump's former fixer who made the payment and who himself pleaded guilty to federal charges related to the hush money in 2018.

Still, the developments compound Mr. Trump's legal woes as he mounts a third presidential campaign. A district attorney in Georgia could seek to indict him for his efforts to overturn his 2020 election loss in the state, and he faces a special counsel investigation into his removal of sensitive documents from the White House as well as his actions during the attack on the Capitol on Jan. 6, 2021.

Mr. Bragg's decision to impanel a grand jury focused on the hush money — supercharging the longest-running criminal investigation into Mr. Trump — represents a dramatic escalation in an inquiry that once appeared to have reached a dead end.

Under Mr. Bragg's predecessor, Cyrus R. Vance Jr., the district attorney's office had begun presenting evidence to an earlier grand jury about a case focused on Mr. Trump's business practices, including whether he fraudulently inflated the value of his assets to secure favorable loans and other benefits. Yet in the early weeks of his tenure last year, Mr. Bragg developed concerns about the strength of that case and decided to abandon the grand jury presentation, prompting the resignations of the two senior prosecutors leading the investigation.

One of them, Mark F. Pomerantz, was highly critical of Mr. Bragg's decision and has written a book that is scheduled to be published next week, "People vs. Donald Trump," detailing his account of the inquiry. Mr. Bragg's office recently wrote to Mr. Pomerantz's publisher, Simon & Schuster, expressing concern that the book might disclose grand jury information or interfere with the investigation.

District Attorney Alvin L. Bragg, center right, jump-started the inquiry last summer into Mr. Trump's role in the hush money paid to the porn star Stormy Daniels.  Karsten Moran for The New York Times

Although he balked at charging Mr. Trump over the asset valuations, this is a different case, and Mr. Bragg is now a bolder prosecutor. He has ramped up the hush money inquiry in the weeks since his prosecutors convicted Mr. Trump's company in an unrelated tax case, a far cry from his unsteady early days in office, when Mr. Bragg was under fire from all quarters for unveiling a host of policies designed to put fewer people behind bars.

For his part, Mr. Trump has denied all wrongdoing and chalked up the scrutiny to a partisan witch hunt against him. He has also denied having an affair with Ms. Daniels. If Mr. Trump were ultimately convicted, he would face a maximum sentence of four years, though prison time would not be mandatory.

"This is just the latest act by the Manhattan D.A. in their never-ending, politically motivated witch hunt," the Trump Organization said in a statement, adding that reviving the case under what it called a "dubious legal theory" was "simply reprehensible and vindictive."

A spokeswoman for Mr. Bragg's office declined to comment. Mr. Pecker's lawyer, Elkan Abramowitz, did not immediately respond to a request for comment. A lawyer for Mr. McConney and Ms. Tarasoff declined to comment.

The panel hearing evidence is likely what's known as a special grand jury. Like regular grand juries, it is made up of 23 Manhattan residents chosen at random. But its members are sworn in to serve for six months to hear more complex cases, rather than for 30 days, as is the case with panels that review evidence and vote on whether to bring charges in more routine matters.

The investigation, which has unfolded in fits and starts for more than four years, began with an examination of the hush money deal before expanding to include Mr. Trump's property valuations. Last summer, Mr. Bragg's prosecutors returned to the hush money anew, seeking to jump-start the inquiry after the departures of Mr. Pomerantz and Carey R. Dunne, the other senior prosecutor in the investigation.

> **Sign up for the New York Today Newsletter**  Each morning, get the latest on New York businesses, arts, sports, dining, style and more. Get it sent to your inbox.

The district attorney's office, working with the New York attorney general, Letitia James, is also continuing to scrutinize the way that the former president valued his assets, the people with knowledge of the matter said.

Over the course of the investigation into Mr. Trump, the hush money payment was discussed within the district attorney's office with such regularity that prosecutors came to refer to it as the "zombie theory" — an idea that just won't die.

The first visible sign of progress for Mr. Bragg came this month when Mr. Cohen appeared at the district attorney's office to meet with prosecutors for the first time in more than a year. He is expected to return for at least one additional interview in February, one of the people said.

The lawyer who represented Ms. Daniels in the hush money deal, Keith Davidson, is also expected to meet with prosecutors.

Mr. Trump's company was instrumental in the deal, court records from Mr. Cohen's federal case show.

Although Mr. McConney and Ms. Tarasoff were not central players, they helped arrange for Mr. Cohen to be reimbursed for the $130,000 he paid Ms. Daniels, whose real name is Stephanie Clifford.

Allen H. Weisselberg, the company's former chief financial officer, was also involved in reimbursing Mr. Cohen. And, according to Mr. Cohen, Mr. Weisselberg was involved in a discussion with Mr. Trump about whether to pay Ms. Daniels.

Mr. Weisselberg is serving jail time after pleading guilty to a tax fraud scheme unrelated to the hush money deal, a case that also led to the conviction of the Trump Organization in December. Although he was the star witness for the district attorney's office in that case, Mr. Weisselberg has never implicated Mr. Trump in any wrongdoing.

Without his cooperation, prosecutors could struggle to link Mr. Trump directly to the misconduct.

In 2018, when Mr. Cohen pleaded guilty to federal campaign finance charges stemming from his role in the hush money payments, he pointed the finger at Mr. Trump, saying the payout was done "in coordination with, and at the direction of" the president. Federal prosecutors agreed that Mr. Trump was behind the deal but never charged him or his company with a crime.

The cooperation of Allen H. Weisselberg, the Trump Organization's former chief financial officer, will be key to the prosecution's case against Mr. Trump. Jefferson Siegel for The New York Times

There is some circumstantial evidence suggesting that Mr. Trump was involved: He and Mr. Cohen spoke by phone twice the day before Mr. Cohen wired the payment to Ms. Daniels's lawyer, according to records in the federal case.

For prosecutors, the core of any possible case is the way in which Mr. Trump reimbursed Mr. Cohen for the $130,000 he paid Ms. Daniels and how the company recorded that payment. According to court papers in Mr. Cohen's federal case, Mr. Trump's company falsely identified the reimbursements as legal expenses.

The district attorney's office now appears to be focusing on whether erroneously classifying the payments to Mr. Cohen as a legal expense ran afoul of a New York law that prohibits the falsifying of business records.

Violations of that law can be charged as a misdemeanor. To make it a felony, prosecutors would need to show that Mr. Trump falsified the records to help commit or conceal a second crime — in this case, violating a New York State election law, according to a person with knowledge of the matter. That second aspect has largely gone untested, and would therefore make for a risky legal case against any defendant, let alone the former president.

Defense lawyers might also argue that Mr. Trump, who was a first-time presidential candidate, did not know that the payments violated election law. And they could take aim at Mr. Cohen, arguing that he is a convicted criminal who has an ax to grind against Mr. Trump.

In its statement, the Trump Organization noted that "the narrow issue of whether payments to Michael Cohen were properly recorded in a personal accounting ledger back in 2017 was thoroughly examined" by the federal prosecutors who charged Mr. Cohen and concluded he had engaged in a "pattern of deception."

Mr. Pecker's testimony, however, could bolster the prosecution's contention that Mr. Trump was involved in planning the hush money payment. A longtime ally of Mr. Trump, the publisher agreed to look out for potentially damaging stories about Mr. Trump during the 2016 campaign. He agreed to this at a meeting in Mr. Trump's office.

In October 2016, Ms. Daniels's agent and lawyer discussed the possibility of selling exclusive rights to her story to The National Enquirer, which would then never publish it, a practice known as "catch and kill."

But Mr. Pecker balked at the deal. He and the tabloid's editor, Mr. Howard, agreed that Mr. Cohen would have to deal with Ms. Daniels's team directly.

When Mr. Cohen was slow to pay, Mr. Howard pressed him to get the deal done, lest Ms. Daniels reveal their discussions about suppressing her story. "We have to coordinate something," Mr. Howard texted Mr. Cohen in late October 2016, "or it could look awfully bad for everyone."

Two days later, Mr. Cohen transferred the $130,000 to an account held by Ms. Daniels's attorney.

Michael Rothfeld contributed reporting.

Case 1:23-sc-00031-JEB Document 37-1 Filed 02/24/23 Page 72 of 80



---

Hardee's    Add Topic

# MyPillow CEO, Trump ally Mike Lindell says FBI issued subpoena, seized phone at a Hardee's



**Scott Gleeson**
USA TODAY

Published 9:00 a.m. ET Sept. 14, 2022 | **Updated 2:36 p.m. ET Sept. 14, 2022**

MyPillow CEO Mike Lindell, a prominent Donald Trump supporter, said the FBI seized his cellphone and he was handed a subpoena from a Colorado grand jury Tuesday while he was in a Hardee's parking lot in Minnesota.

Lindell, who founded MyPillow in 2004, has been a key ally for Trump and has continued to protest the 2020 election by pushing baseless claims and conspiracy theories. In May, he was been banned from Twitter for a second time after trying to use a new account. Lindell's original account was permanently banned earlier in the year after he continued to perpetuate claims that Trump won.

On his podcast, "Frank Speech: The Lindell Report," Lindell detailed how he was issued the subpoena while waiting for his food and was questioned about a Colorado clerk, Tina Peters, who is being charged in what prosecutors say was a "deceptive scheme" to breach voting system technology used across the country. Lindell said the papers he was served labeled it an "official criminal investigation of a suspected felony" with the use of a federal grand jury.

**Anti-vaxxer, election denier:** And, in Michigan, perhaps secretary of state

**Critics call it intimidation:** Virginia's GOP attorney general sets up 'election integrity unit.'

Lindell said he also was questioned about his connection to Doug Frank, an Ohio educator who claims voting machines have been manipulated.

Lindell said on the podcast: "Cars pulled up in front of us, to the side of us and behind us, and I said, 'These are either bad guys or the FBI.' Well, it turns out they were the FBI. ... I want to say this for the record: They were pretty nice guys. None of them had an attitude."

In a separate interview with ABC News, Lindell said three cars with federal agents pulled in front of his vehicle while he was parked at the fast-food restaurant and handed him the search warrant for his cellphone. "I've been to many jails," Lindell told the outlet. "I'm not scared to go to jail. I'm trying to save my country."

"Without commenting on this specific matter, I can confirm that the FBI was at that location executing a search warrant authorized by a federal judge," FBI spokeswoman Vikki Migoya told The Associated Press.

*Contributing: The Associated Press*



# Records Released In Response to Presidential Records Act (PRA) questions under the Trump Administration

NARA officials are often consulted about the management of presidential and federal records. The Presidential Records Act governs access to records after the end of an administration.

The National Archives received records from the Trump Administration, which ended on January 20, 2021. We are in the process of preserving and providing access to these records, including all official Trump Administration social media content and deleted posts from @realDonaldTrump and @POTUS. As records are made available online, they may be accessed through the trumplibrary.gov website, which is part of NARA. The Trump Library will begin accepting FOIA requests on January 20, 2026, in accordance with the PRA.

Below are documents concerning records management-related inquiries about the Trump Administration's presidential records.

| Document Title | Document Date |
| --- | --- |
| White House letter to the Archivist of the United States : Trump PRA Designation | February 16, 2017 |
| White House memo to all personnel re PRA obligations (attached to Oct. 2 Compliance Reminder email) | February 22, 2017 |
| Letter from Sens. McCaskill and Carper to Archivist David S. Ferriero | March 7, 2017 |
| Archivist's response to Sens. McCaskill and Carper | March 30, 2017 |

2/3/23, 4:52 PM    Records Release in Response to Presidential Records Act (PRA) Requests Related to the Trump Administration | National Archives

Case 1:23-sc-00031-JEB  Document 27  (PRA) Filed 02/24/23  Page 75 of 80

| Document Title | Document Date |
|---|---|
| Attachments to March 30, 2017 letter:<br><br>• Briefing on the PRA<br>• Background on the PRA<br>• Guidance on Presidential Records   (publication)<br>• Presidential Records, 44 U.S.C. Chapter 22<br>• Proposed rule on Presidential Records (note: now a final rule)<br>• Notification Procedures<br>• Approved Requests   for Waiver of Incumbent President Privilege Review<br>• Approved Requests   for Disposal of Incumbent Presidential Records<br>• NSC memo  , Feb. 6, 2009 on procedure for access to PRA records of previous administration<br>• Archivist's memo [↗]   to Senior Agency Officials for Records Management on Records Management Priorities for 2017<br>• Records Express Blog on Records Management of Social Media and Electronic Records | |
| White House email: Compliance Reminder   PRA | October 2, 2017 |
| White House email: Monthly Legal Compliance   and Ethics Training reminder | October 2, 2017 |
| American Oversight letter   : Presidential Advisory Commission on Election Integrity and potential alienation of records | January 18, 2018 |
| NARA response letter   to American Oversight: Presidential Advisory Commission on Election Integrity and potential alienation of records | January 25, 2018 |
| White House letter   to the Archivist of the United States: Updated Trump Designation of PRA Representatives | January 19, 2021 |
| Letter   from House Committee on Oversight and Reform regarding recovery of Trump PRA records | February 9, 2022 |
| Archivist's response   to House Committee on Oversight and Reform regarding recovery of Trump PRA records<br><br>• NARA letter   to Stefan Passantino, Deputy Counsel to the President regarding  destruction of records, June 14, 2018 | February 18, 2022 |

2/3/23, 4:52 PM        Records Released in Response to Presidential Records Act (PRA) Requests, and other Trump Administration | National Archives

Case 1:23-sc-00031-JEB  Document 27  Filed 02/24/23  Page 76 of 80

| Document Title | Document Date |
|---|---|
| Archivist's letter    to House Committee on Oversight and Reform regarding Trump social media records | February 18, 2022 |
| Archivist's letter    to Senate Committee on Homeland Security and Governmental Affairs regarding Trump social media records | February 18, 2022 |
| Acting Archivist's Letter    to Evan Corcoran regarding Trump boxes | May 10,2022 |
| Former President Trump's Letter    to the Acting Archivist of the United States, Designating PRA Representatives | June 19 2022 |
| U.S. House of Representatives Permanent Select Committee on Intelligence (HPSCI) Ranking Member Michael R. Turner Letter    to Acting Archivist | August 9, 2022 |
| Acting Archivist's Response Letter    to August 9, 2022, Letter from HPSCI Ranking Member Michael Turner | August 16, 2022 |
| U.S. House of Representatives Ranking Member Committee on Oversight and Reform, James Comer Letter    to Acting Archivist | August 10, 2022 |
| Acting Archivist's Response Letter    to August 10, 2022, Letter from House Committee on Oversight and Reform Ranking Member James Comer | August 16, 2022 |
| NARA Notice from Acting Archivist to All NARA Employees    Update on Trump Administration Presidential Records | August 24, 2022 |
| U.S. House of Representatives Ranking Member Committee on Oversight Reform, James Comer Letter    to Acting Archivist | August 30, 2022 |
| Acting Archivist's Response Letter    to August 30, 2022, Letter from House Committee on Oversight Reform Ranking Member James Comer | September 22, 2022 |
| U.S. Committee on Oversight and Reform Chairwoman, Carolyn B. Maloney Letter   to Acting Archivist | September 13, 2022 |
| Acting Archivist's Response Letter    to September 13, 2022, Letter from U.S. Committee on Oversight and Reform Chairwoman Carolyn B. Maloney | September 30, 2022 |
| U.S. House of Representatives Committee on Oversight Reform,  Ranking Member James Comer Letter    to Acting Archivist | October 4, 2022 |
| Acting Archivist's Response Letter    to October 4, 2022, Letter from House Committee on Oversight Reform Ranking Member James Comer | October 7, 2022 |

Case 1:23-sc-00031-JEB Document 27 (Filed 02/24/23 Page 77 of 80)

| Document Title | Document Date |
|---|---|
| U.S. House of Representatives Committee on Oversight Reform, Ranking Member James Comer and Committee on the Judiciary Ranking Member Jim Jordan Letter    to Acting Archivist | October 14, 2022 |
| Acting Archivist's Response Letter    to October 14, 2022, Letter from House Committee on Oversight Reform Ranking Member and Committee on the Judiciary Ranking Member | October 25, 2022 |

**The U.S. National Archives and Records Administration**

1-86-NARA-NARA or 1-866-272-6272



POLITICS                    **Scott Perry (politician)**        Add Topic

# Pennsylvania Rep. Scott Perry, a Trump ally, says FBI agents seized his cellphone

 **Ella Lee**
USA TODAY

Published 9:08 a.m. ET Aug. 10, 2022

WASHINGTON — U.S. Rep. Scott Perry, R-Pa., said in a statement that while traveling Thursday morning with his family, his cellphone was confiscated by three FBI agents carrying a search warrant.

He compared the action to the Monday search of former President Donald Trump's Mar-a-Lago home, describing it as "banana republic tactics."

"They made no attempt to contact my lawyer, who would have made arrangements for them to have my phone if that was their wish," Perry said. "I'm outraged — though not surprised — that the FBI under the direction of Merrick Garland's DOJ, would seize the phone of a sitting Member of Congress."

The circumstances surrounding the seizure were not immediately known. The FBI declined to comment on the matter. USA TODAY requested comment from Perry's office.

Perry is one of a handful of House Republicans who allegedly helped the former president in his efforts to overturn the 2020 election.

**Jan. 6 committee:** Scott Perry, GOP congressman, refuses to cooperate with Jan. 6 investigation committee

**Presidential pardons:** At least 5 House Republicans sought pardons after Jan. 6, including Brooks, Gaetz, testimony reveals

The Pennsylvania lawmaker said in January 2021 that he introduced Trump and Department of Justice lawyer Jeffrey Clark, a top Justice official who was pushing Trump's baseless claims of election fraud. Clark drafted a letter urging officials in six states won by Biden to

submit a different group of electors who supported Trump, according to evidence shown by the Jan. 6 committee.

Former senior Justice Department officials have testified that Perry had "an important role" in Trump's effort to try to install Clark as the acting attorney general. Other administration lawyers rejected the idea as "asinine" and potentially criminal, and Trump relented only after top Justice Department and White House lawyers threatened to resign in protest.

Perry was one of five Congress members to request a pardon from the former president after the Jan. 6 Capitol attack, according to testimony from former White House officials during the Jan. 6 hearings.

Fox News first reported the seizure of Scott's cellphone.

*Contributing: Associated Press*

**THE WHITE HOUSE**

WASHINGTON

January 19, 2021

The Honorable David S. Ferriero
Archivist of the United States
National Archives and Records Administration
700 Pennsylvania Avenue, N.W.
Washington, D.C. 20408

Dear Mr. Ferriero:

In a letter dated February 16, 2017, I designated pursuant to 44 U.S.C. § 2204(d) three persons to act as my representatives with respect to exercising discretion or authority granted to me for the protection and disposition of the Presidential Records of my Presidency.  I hereby revoke those designations.

With this letter, I hereby designate Mark R. Meadows, Pasquale A. Cipollone, John A. Eisenberg, Patrick F. Philbin, Scott F. Gast, Michael M. Purpura, and Steven A. Engel as my representatives in all respects that pertain to the records of my Presidency and, upon my death or disability, each representative may exercise all authority granted to me under chapter 22 of title 44, United States Code, or any other provision of law related to the records of my Presidency.

Sincerely,

