**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN THE MATTER OF THE SEARCH OF:
INFORMATION THAT IS STORED AT
PREMISES CONTROLLED BY TWITTER
INC. IDENTIFIED IN ATTACHMENT A

Case No. 1:23-SC-31 - BAH

**UNDER SEAL**

**EXHIBIT B**

Case 1:23-cv-00031-JEB Document 27-2 Filed 02/24/23 Page 2 of 29



CRIMINAL JUSTICE & POLICING    ELECTION 2020    ELECTIONS    LAW & GOVERNMENT

## A TO Z

# GOP Arizona legislators, including leaders of the House and Senate, subpoenaed to testify in special counsel probe of Trump

BY: **JIM SMALL** - FEBRUARY 17, 2023    7:15 AM

   



House Speaker Ben Toma, Senate President Warren Petersen and Sen. Sonny Borrelli all received federal grand jury subpoenas from the U.S. Department of Justice's special counsel investigation of Donald Trump's efforts to overturn his 2020 election loss. Photos by Gage Skidmore | Flickr/CC BY-SA 2.0

At least three Arizona Republican state legislators have been subpoenaed by the U.S. Justice Department's special counsel, Jack Smith, as part of the criminal investigation into former President Donald Trump and his efforts to reverse his 2020 election loss.

The federal grand jury subpoenas were issued to Senate President Warren Petersen, Sen. Sonny Borrelli and House Speaker Ben Toma. And at least one

former state senator, Michelle Ugenti-Rita, who led the Senate's Election Committee in 2021, received a subpoena. All four have been ordered to produce records and travel to Washington, D.C., to testify.

 **GET THE MORNING HEADLINES DELIVERED TO YOUR INBOX**

**SUBSCRIBE**

The Arizona Mirror obtained a copy of one of the subpoenas on the condition that it would not be published. In addition to the command to testify before the grand jury, the office of the special counsel is demanding any documents already provided to the congressional panel that investigated the Jan. 6 U.S. Capitol riot and any documents given to any other state or federal inquiry related to the 2020 presidential election.

The subpoena also seeks all communications with Trump or his campaign. It also specifies 18 different campaign employees, attorneys and surrogates: Kenneth Chesebro, Justin Clark, Joe DiGenova, John Eastman, Jenna Ellis, Boris Epshteyn, Rudy Giuliani, Bernard Kerik, Bruce Marks, Cleta Mitchell, Matthew Morgan, Kurt Olsen, William Olson, Sidney Powell, Bill Stepien, Victoria Toensing, James Troupis and L. Lin Wood.

The state Senate and House of Representatives both confirmed the existence of the subpoenas for the three sitting lawmakers, but refused to release them under the state's public records law or to discuss if other lawmakers were also subpoenaed. Spokespeople and legislative attorneys also refused to answer questions about the subpoenas.

"The Special Counsel's Office has informed us that public release of its subpoenas could impede its investigation and interfere with federal law enforcement," Pete Galvan, an associate rules attorney in the Senate, wrote in an email. "In light of the position of the Special Counsel's office, the Senate won't release the materials at this time but may revisit the issue in the future as circumstances change."

A House attorney also initially cited a request from the Special Counsel's Office to keep the records secret as justification. Upon further questioning, both Justin Riches, the House's public records counsel, and Galvan said the legislative bodies were under no obligation to release the subpoenas because of case law and administrative rules allowing records to be shielded if doing so is "in the best interests of the state."

Ugenti-Rita did not respond to questions about the subpoena.

Case 1:23-sc-00031-JEB Document 27-2 Filed 03/24/23 Page 4 of 29

Borrelli, Petersen, Toma and Ugenti-Rita are not the first Arizona officials to be subpoenaed by the Justice Department in connection to Trump's effort to convince GOP officials in battleground states he lost to overturn the election results in a bid to retain power. In November, officials in Maricopa County were among the first to receive subpoenas from Smith's office.

And before Smith was appointed late last year, the FBI subpoenaed at least two Republican state senators – then-President Karen Fann and Kelly Townsend – as part of its investigation into Trump's pressure campaign to overturn the 2020 election.

Those earlier subpoenas to Maricopa County and the former senators sought communication records with 19 different Trump campaign members, attorneys or surrogates, including Rudy Giuliani, Sidney Powell and L. Lin Wood.

Prior to that, the Department of Justice had subpoenaed Arizonans who signed a document that would have sent fake electors to Congress backing Trump. Among them was Kelli Ward, then the chair of the Arizona Republican Party.

Smith's probe appears to be intensifying and moving aggressively. This month, he issued a subpoena to former Vice President Mike Pence, and some sources have reportedly been called to testify to the grand jury multiple times.

## SUPPORT NEWS YOU TRUST.

### DONATE

**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our web site. Please see our republishing guidelines for use of photos and graphics.*

2/24/23, 12:51 PM
Case 1:23-sc-00031-JEB Document 27-2 Filed 03/24/23 Page 5 of 29
GOP Arizona legislators, including leaders of the House and Senate, subpoenaed to testify in special counsel probe of Trump



## JIM SMALL  

Jim Small is a native Arizonan and has covered state government, policy and politics since 2004, with a focus on investigative and in-depth policy reporting, first as a reporter for the Arizona Capitol Times, then as editor of the paper and its prestigious sister publications. He has also served as the editor and executive director of the Arizona Center for Investigative Reporting.

**MORE FROM AUTHOR**

## RELATED NEWS



**UPDATED Trump's fake electors: Here's the full list**

BY **KIRA LERNER**

June 29, 2022



**How David Stevens is making Cochise County a 'laboratory'…**

BY **JEN FIFIELD/VOTEBEAT**

February 7, 2023

## INSIGHTFUL. INVESTIGATIVE. INDEPENDENT.

## DEMOCRACY TOOLKIT 



Amplifying the voices of Arizonans whose stories are unheard; shining a light on the relationships between people, power and policy; and holding public officials to account.

DEIJ Policy | Ethics Policy | Privacy Policy



Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our web site.

2/24/23, 12:51 PM
Case 1:23-sc-00031-JEB Document 27-2 Filed 02/24/23 Page 6 of 29

GOP Arizona legislators, including leaders in the House and Senate, subpoenaed to testify in special counsel probe of Trump

   

© Arizona Mirror, 2023

Case 1:23-sc-00031-JEB Document 27-2 Filed 02/24/23 Page 7 of 29

The New York Times | https://www.nytimes.com/2023/02/22/us/politics/jared-kushner-ivanka-trump-jan-6.html

# Jared Kushner and Ivanka Trump Subpoenaed in Jan. 6 Investigation

The special counsel overseeing the inquiry into Donald Trump's efforts to retain power after the 2020 election wants the former president's daughter and son-in-law to testify to a grand jury.

 

**By Maggie Haberman and Michael S. Schmidt**

Feb. 22, 2023     3 MIN READ

Former President Donald J. Trump's daughter Ivanka and his son-in-law, Jared Kushner, have been subpoenaed by the special counsel to testify before a federal grand jury about Mr. Trump's efforts to stay in power after he lost the 2020 election and his role in a pro-Trump mob's attack on the Capitol on Jan. 6, 2021, according to two people briefed on the matter.

The decision by the special counsel, Jack Smith, to subpoena Ms. Trump and Mr. Kushner underscores how deeply into Mr. Trump's inner circle Mr. Smith is reaching, and is the latest sign that no potential high-level witness is off limits.

The disclosure about the subpoena comes two weeks after it was revealed that Mr. Smith had subpoenaed former Vice President Mike Pence to testify before the grand jury. Mr. Pence plans to fight the subpoena, invoking his role as the president of the Senate to argue that it violates the "speech or debate" clause of the Constitution.

It is unclear whether Mr. Trump will seek to block Ms. Trump and Mr. Kushner from testifying on the grounds of executive privilege, as he has tried with some other witnesses. Both of them served as White House officials in the Trump administration. Mr. Trump declined to try to stop them from testifying before the House special committee that investigated the Jan. 6 attack and what led to it.

An aide to Ms. Trump and Mr. Kushner did not respond to a request for comment. Josh Stueve, a spokesman for Mr. Smith, declined to comment. Aides to Mr. Trump did not respond to a request for comment.

Ms. Trump was in the Oval Office on Jan. 6 as her father placed a late-morning call to Mr. Pence to pressure him to block or delay congressional certification of the Electoral College results documenting Joseph R. Biden Jr.'s victory. As president of the Senate, Mr. Pence, who rejected Mr. Trump's demands, was to serve in a ceremonial role overseeing the process that day.

Ms. Trump also accompanied her father to the rally of his supporters at the Ellipse near the White House. Hundreds of his supporters moved from there to the Capitol, where they attacked the building, some chanting, "Hang Mike Pence!" for his refusal to do what Mr. Trump wished.

Mr. Kushner returned from the Middle East that day, ultimately going to the White House after the pro-Trump mob had been rioting for hours. Both he and his wife were involved in efforts to get Mr. Trump to tell the rioters to go home, and then to commit to a peaceful transfer of power to Mr. Biden.

Both testified before the Jan. 6 House select committee, appearing for videotaped interviews in which both provided memories about the day. The committee, in turn, repeatedly played clips of their testimony at some of its public hearings.

One clip that got considerable attention showed Ms. Trump making clear that she accepted Attorney General William P. Barr's declaration that there was no evidence of widespread fraud in the election, despite Mr. Trump's repeated claims otherwise.

Mr. Trump was infuriated by the clips and what was said in them, according to people in contact with him.

Since then, Mr. Kushner and Ms. Trump, who relocated with their three children to Florida after they left the White House, have maintained family contact with the former president. But while Mr. Kushner appeared at Mr. Trump's campaign kickoff in November, Ms. Trump declined to and put out a statement saying she would not be involved in her father's campaign this time.

Both were intimately involved in his 2016 race before going to work at the White House.

In December, Mr. Trump posted on his social media site, Truth Social, that he did not want them to be involved in his third campaign.

"Contrary to Fake News reporting, I never asked Jared or Ivanka to be part of the 2024 campaign for president and, in fact, specifically asked them not to do it," Mr. Trump wrote, going on to say the campaign would be "too mean and nasty."

"There has never been anything like this 'ride' before, and they should not be further subjected to it," he added.

2/24/23, 11:17 AM
Case 1:23-sc-00031-JEB Document 27-2 Filed 03/24/23 Page 8 of 29
Mark Meadows, Trump's Last Chief of Staff, Subpoenaed by Grand Jury - WSJ

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/mark-meadows-trumps-last-chief-of-staff-subpoenaed-by-grand-jury-8c7ad44e

## POLITICS

# Mark Meadows, Trump's Last Chief of Staff, Subpoenaed by Grand Jury

Special counsel Jack Smith seeks former top aide's testimony in probe of efforts to reverse 2020 presidential election



The subpoena for Mark Meadows could set the stage for further court battles.
PHOTO: YURI GRIPAS/REUTERS

*By C. Ryan Barber* [Follow] *and Sadie Gurman* [Follow]
Updated Feb. 15, 2023 9:47 pm ET

WASHINGTON—Former White House chief of staff Mark Meadows has been subpoenaed by the special counsel investigating former President Donald Trump's efforts to overturn his loss in the 2020 election, according to a person familiar with the matter.

Mr. Meadows received the subpoena in late January, the person said, as special counsel Jack Smith's investigation escalated his probe into steps Mr. Trump and his allies took to keep him in office. As Mr. Trump's final White House chief of staff, Mr. Meadows would be among the closest advisers of the former president to be summoned before the grand jury.

The demand for his testimony predated a separate subpoena issued to former Vice President Mike Pence as part of the investigation. Two top aides to Mr. Pence—his former chief of staff

Marc Short and counsel Greg Jacob—are among the former Trump administration officials who have already appeared before the grand jury.

The subpoena for Mr. Meadows could set the stage for further court battles between prosecutors and Mr. Trump, whose lawyers have cited executive privilege in attempts to block or delay the testimony of top aides in investigations examining the former president. Mr. Pence plans to resist his subpoena by arguing that, as vice president, he served also as president of the Senate and is covered by the Constitution's Speech or Debate clause, which protects members of Congress from being questioned in court about legislative acts.



Former President Donald Trump's chief of staff Mark Meadows has been at the center of other investigations into efforts to overturn the 2020 presidential election.

PHOTO: MANDEL NGAN/AGENCE FRANCE-PRESSE/GETTY IMAGES

A lawyer for Mr. Meadows, George Terwilliger, and a Justice Department spokesman declined to comment. CNN earlier reported that Mr. Meadows has been subpoenaed.

Attorney General Merrick Garland appointed Mr. Smith as special counsel in November to take on the dual investigations into Mr. Trump's efforts to cling to power and the handling of classified documents at the former president's Mar-a-Lago estate in southern Florida. It couldn't immediately be determined whether prosecutors want to question Mr. Meadows also in connection with the Mar-a-Lago investigation.

Mr. Meadows has been at the center of other investigations into Mr. Trump's efforts to reverse his electoral defeat in 2020. Last year, the South Carolina Supreme Court ordered him

to testify before an Atlanta-area grand jury as part of a local prosecutor's investigation into the former president's efforts to interfere with election results in Georgia.

The House referred Mr. Meadows to the Justice Department for prosecution after holding him in contempt for refusing to testify before the panel that investigated the Jan. 6, 2021, attack on the Capitol. The Justice Department declined to prosecute him.

In the course of its investigation, the House Jan. 6 committee aired testimony that cast Mr. Meadows as a close Trump adviser with some awareness of the potential for violence on Jan. 6, 2021, the day Congress was set to certify Mr. Trump's loss to President Biden.

A top aide to Mr. Meadows, Cassidy Hutchinson, testified that he told her on Jan. 2, 2021, that "things might get real, real bad on Jan. 6." In videotaped testimony, Ms. Hutchinson said Messrs. Meadows and Trump were both told that members of the crowd for Mr. Trump's speech at the Ellipse on that day were armed with knives, guns, bear spray and other weapons.

The recent subpoenas suggest Mr. Smith's investigation is intensifying.

In the separate investigation of classified documents at Mar-a-Lago, prosecutors are asking a judge to compel further testimony from one of the former president's lawyers, in a bid to break through claims of executive privilege raised during a recent grand jury appearance, according to people familiar with the Justice Department's action.

The prosecutors have asked the chief judge in Washington's federal trial court to invoke the so-called crime-fraud exception, which would allow them to bypass attorney-client privilege and extract more testimony from Trump lawyer Evan Corcoran, the people said. The exception applies in instances where there is reason to believe legal advice has been used in furtherance of a crime.

The move to invoke the crime-fraud exception suggests that federal prosecutors suspect that Mr. Trump or his allies used Mr. Corcoran's services in such a way.

A spokesman for Mr. Trump declined to comment on the tactics of the investigation, which he called a "targeted, politically motivated witch hunt against President Trump, concocted to try and prevent the American people from returning him to the White House."

*—Alex Leary contributed to this article.*

Write to C. Ryan Barber at ryan.barber@wsj.com and Sadie Gurman at sadie.gurman@wsj.com

*Appeared in the February 16, 2023, print edition as 'Special Counsel Subpoenas Meadows'.*

**The New York Times** | https://www.nytimes.com/2023/02/09/us/politics/pence-subpoena-trump.html

# Pence Gets Subpoena From Special Counsel in Jan. 6 Investigation

The move by Jack Smith, the special counsel, is one of the most aggressive in his investigation of Donald Trump's efforts to stay in power and is likely to lead to a battle over executive privilege.

 

**By Maggie Haberman and Glenn Thrush**

Feb. 9, 2023

4 MIN READ

Former Vice President Mike Pence has been subpoenaed by the special counsel investigating former President Donald J. Trump's efforts to cling to office after he lost his bid for re-election, a person familiar with the matter said on Thursday.

The move by the Justice Department sets up a likely clash over executive privilege, which Mr. Trump has previously used to try to slow, delay and block testimony from former administration officials in various investigations into his conduct.

The existence of the subpoena was reported earlier by ABC News.

It was not immediately clear when the special counsel, Jack Smith, sought Mr. Pence's testimony. The move is among the most aggressive yet by Mr. Smith in his wide-ranging investigation into Mr. Trump's role in seeking to overturn the outcome of the 2020 election. He is also overseeing a parallel inquiry into Mr. Trump's handling of classified documents.

The New York Times previously reported that the Justice Department was seeking to question Mr. Pence in connection with the investigation into Mr. Trump's efforts to remain in power after he lost the 2020 election and had reached out to his team.

Mr. Pence is potentially a key witness because he is one of the people best positioned to provide information about Mr. Trump's state of mind at the time, even though his relationship with Mr. Trump reached the breaking point in the days leading up to the Jan. 6, 2021, riot at the Capitol, legal experts said.

Mr. Pence's team held discussions with the Justice Department about a voluntary interview, according to the person familiar with the matter, but those talks were at an impasse, leading Mr. Smith to seek the subpoena.

An aide to Mr. Pence declined to confirm the existence of the subpoena. A Justice Department official did not respond to a request for comment.

It is not clear whether investigators will also seek to question Mr. Pence in the matter of Mr. Trump's handling of classified material, or what he could have to share that would be relevant. Mr. Pence's advisers recently alerted the Justice Department that he had found some documents with classified markings at his home in Indiana, after conducting a search following the discovery of classified documents at President Biden's home in Delaware and at a think tank office he used in Washington.

Justice Department officials have signaled that they plan a more thorough search of Mr. Pence's home.

The subpoena from Mr. Smith comes at a moment of rising tension between the Pence team and the Justice Department over the discussions about searching the former vice president's home.

Lawyers with the department's national security division have been discussing the details of a possible agreement to search Mr. Pence's house in Indiana for additional government documents on a parallel track; Mr. Pence's advisers were incensed by the disclosure of a pending search last week and blamed the department for leaking details to pressure them.

Another former Trump administration official, the final national security adviser, Robert C. O'Brien, has received a subpoena in connection with the handling of the documents found to be in Mr. Trump's possession, according to a person familiar with the matter.

But Mr. Pence figures most centrally in the inquiry into Mr. Trump's efforts to use the government to remain in power. Mr. Trump seized on Mr. Pence's ceremonial role in overseeing the congressional certification of the Electoral College results to try to press his vice president into blocking or delaying the outcome on Jan. 6.

Mr. Pence refused, a fact highlighted publicly by Mr. Trump as he stirred up a crowd of supporters that day before they marched to the Capitol and breached it. Some of the rioters chanted, "Hang Mike Pence."

Mr. Pence described some of his ordeal in his recently published book, "So Help Me God."

Mr. Trump has frequently tried to assert executive privilege when officials have sought testimony from people who worked for him in the White House. He has generally been unsuccessful, but those battles over which matters privilege covers have slowed some of the investigations.

Pence Is Subpoenaed by Special Counsel in Trump Investigation - The New York Times

That included when two top aides to Mr. Pence — his former chief of staff, Marc Short, and his former counsel, Greg Jacob — were subpoenaed to testify before a grand jury.

Mr. Pence is being represented by Emmet T. Flood, a veteran lawyer who was the lead official in the White House Counsel's Office under Mr. Trump dealing with the special counsel investigation into whether Mr. Trump's 2016 campaign conspired with Russian officials, and whether the former president obstructed justice.

Mr. Pence is a potential rival to Mr. Trump for the 2024 Republican presidential nomination. Mr. Trump is so far the only declared candidate in that race. And Mr. Biden, who is also the subject of a recently named special counsel looking into the documents found at his home and the Penn Biden Center, is widely expected to declare another presidential campaign for a second term.

Mr. Smith has vowed to expedite the investigation into Mr. Trump, and has moved to consolidate and focus what was seen inside the department as a sprawling inquiry into Mr. Trump's efforts to overturn the election and the Jan. 6 attack, according to people familiar with the situation.

That has intensified in recent weeks, as Mr. Smith's staff — led by Thomas Windom, a veteran prosecutor who had been working out of the office of the U.S. attorney in Washington — has pored through hundreds of witness transcripts turned over by the House committee that investigated the Jan. 6 attack.

Case 1:23-sec-00031-JEB Document 27-2 Filed 02/24/23 Page 14 of 29

☰ CNN politics

AudioLive TV

WATCH LIVE

Disgraced former lawyer Alex Murdaugh returns to the stand in his own defense at his double-murder trial

# Special counsel is locked in at least 8 secret court battles in Trump investigations

By Katelyn Polantz, Casey Gannon and Evan Perez, CNN

Published 6:00 AM EST, Thu February 16, 2023



Jack Smith, left, and Donald Trump

(CNN) — Special counsel Jack Smith is locked in at least eight secret court battles that aim to unearth some of the most closely held details about Donald Trump's actions after the 2020 election and handling of classified material, according to sources and court records reviewed by CNN.

The outcome of these disputes could have far-reaching implications, as they revolve around a 2024 presidential candidate and could lead courts to shape the law around the

presidency, separation of powers and attorney-client confidentiality in ways they've never done before.

Yet almost all of the proceedings are sealed, and filings and decisions aren't public.

The sheer number of grand jury challenges from potential witnesses is both a reflection of the scope of the special counsel's investigation and a hallmark of Trump's <u>ultra-combative</u> style in the face of investigations.



**RELATED ARTICLE**
Pence says he's willing to take fight against DOJ subpoena in Trump probe to Supreme Court

---

By comparison, Robert Mueller's grand jury investigation into Trump had a smattering of sealed proceedings where investigators used the court to pry for more answers, and independent counsel Kenneth Starr's Whitewater investigation ultimately totaled <u>seven</u> similar sealed cases.

A key sealed case revealed Wednesday is an attempt to force more answers about direct conversations between Trump and his defense attorney Evan Corcoran, where the Justice Department is <u>arguing the investigation found evidence</u> the conversations may be part of furthering or covering up a crime related to the Mar-a-Lago document boxes.

A spokesman for Smith's office declined to comment.

About half a dozen cases are still ongoing in court, either before Chief Judge Beryl Howell or in the appeals court above her, the DC Circuit. Most appear to follow the typical arc of miscellaneous cases that arise during grand jury investigations, where prosecutors sometimes use the court to enforce their subpoenas.

More challenges from subpoenaed witnesses – including former <u>Vice President Mike Pence</u> – are expected to be filed in the coming days, likely under seal as well. Pence may raise novel questions about the protections around the vice presidency.

Investigations that implicate government officials often beget sealed court proceedings, because confidential grand jury witnesses become more likely to assert privileges that prompt prosecutors to ask judges to compel more answers, criminal law experts say.

"I think we are in extraordinary times. Part of it is I think President Trump continues to assert these theories long after they've been batted away by the court," Neil Eggleston, a former White House counsel who argued for executive privilege during the Clinton

administration and the Whitewater investigation.

In Whitewater, after the court in DC ruled that privilege claims wouldn't hold up when a federal grand jury needed information, other witnesses shied away from trying to refuse to testify, Eggleston recalled. But in the Trump investigations, witnesses aligned continue to test whether he still may have special confidentiality protections.

Still, the number of cases is out of the ordinary.

The other known cases are:

The Justice Department's long-running effort to enforce a May 2022 subpoena for all classified records in Trump's possession. After a sealed December hearing, Howell gave Smith's investigators an underline_avenue to ask more questions of two people hired to search Trump's properties in December and found more documents with classified markings. Those two people testified to the grand jury late last month. Sixteen national media outlets, including CNN, have asked Howell to make public transcripts of hearings and other records in the case.

An appeal over whether former Pence chief counsel Greg Jacob and chief of staff Marc Short should have been forced to answer questions about Trump interactions around January 6. Both went to the grand jury in DC on the same Friday last July and refused to give some answers because of Trump's attempted claims of confidentiality around the presidency. Court orders prompted them to testify a second time, seeking out more testimony from them in October last year, CNN previously confirmed. They both appeared a second time at the grand jury. The Trump team still has filed an appeal of Howell's decisions.

An appeal over whether former Trump White House counsel Pat Cipollone and deputy White House counsel Patrick Philbin could decline to answer questions about direct conversations with Trump from the end of his presidency. Both men cited various privileges when they testified to the grand jury in September, but were forced to appear a second time and give more answers after court rulings in November and December, CNN previously confirmed. Though they have already testified twice, Trump's team filed an appeal.



**RELATED ARTICLE**
Trump lawyer says searches for classified material at Trump properties are complete

Following the seizure of Pennsylvania GOP Rep. Scott Perry's cell phone in August in the January 6 investigation, lawyers for the congressman challenged the Justice Department's ability to access data taken from the phone, citing protection around Congress under the Constitution's Speech or Debate Clause. Howell refused to keep the records from investigators, but an appeals court panel has blocked the DOJ from seeing the records so far, according to indications in the court record. The case is set for oral arguments on February 23 at the appeals court in Washington. The circuit court also has a request from the Reporters Committee for Freedom of the Press to unseal documents in the case.

Both Republican and Democratic leadership in the US House have wanted a part in the case because of the implications for Congress, CNN has confirmed.

Howell has released redacted versions of two attorney confidentiality decisions she made last year giving prosecutors access to emails between Perry and three lawyers – John Eastman, Jeffrey Clark and Ken Klukowski – before January 6, 2021.

Howell separately denied Clark's attempt to keep from investigators a draft of his autobiography that discussed his efforts at the Justice Department on behalf of Trump before January 6. Clark had tried to mark the draft outline about his life as an attorney work product.

The Justice Department secured a court order for Trump adviser Kash Patel to answer questions under oath in the Mar-a-Lago investigation. Patel initially declined to answer questions before the grand jury in October, citing his Fifth Amendment protection against self-incrimination. Then prosecutors fought for more answers by immunizing his testimony from prosecution, CNN previously reported.

## Transparency is lacking

The suite of special counsel's office grand jury cases raises questions how transparent the courts will be regarding these cases, and how soon documents filed in court could become available.

The New York Times and Politico are trying to convince Howell to release redacted versions of any sealed court fights related to the grand jury where Trump or others in his administration have tried to limit the investigation with claims of executive privilege, according to court filings.

The media organizations argue there's a "profound national interest" in those legal papers.

But the Justice Department is against making disclosures related to the grand jury

2/24/23, 12:51 PM
Special Counsel Jack Smith documents at least 28 secret court battles in Trump investigations | CNN Politics
Case 1:23-sc-00031-JEB Document 27-2 Filed 02/24/23 Page 18 of 29

investigations – and won't even admit the proceedings are taking place.



**RELATED ARTICLE**
Third Trump attorney appears before federal grand jury investigating Mar-a-Lago documents

On Monday, they argued to Howell that with the intense public interest around the cases, there should be even more secrecy than when the court releases other records.

"To advance the policy goals underlying grand jury secrecy, it may well be necessary for a court to more frequently decline to release judicial opinions ancillary to grand jury investigations that are the subject of intense press attention as opposed to matters that have attracted little public attention," lawyers from the DOJ's civil division wrote.

Howell is still deciding what to do.

Search CNN...

Log In

Live TV

Audio

US

World

Politics

2/24/23, 12:51 PM    Special counsel Jack Smith subpoenaed at least 8 state court cases in Trump investigations - CNN Politics

Case 1:23-sc-00031-JEB   Document 27-2   Filed 02/24/23   Page 19 of 29

Business

Markets

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Audio

CNN Underscored

Coupons

Weather

More



**FOLLOW CNN POLITICS**

      

Terms of Use    Privacy Policy    Cookie Settings    Ad Choices    Accessibility & CC    About    Newsletters    Transcripts

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

2/24/23, 12:51 PM
Case 1:23-sc-00031-JEB Document 27-2 Filed 02/24/23 Page 20 of 29
Special Counsel Jack Smith documents at least 28 sealed court cases to Trump investigations - CNN Politics

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/trump-copes-with-facebook-twitter-ban-by-relying-on-email-media-interviews-11620226189

POLITICS

# Trump Copes With Facebook, Twitter Ban by Relying on Email, Media Interviews

Cut off from social media, the former president pursues other ways to get his message out



When he was president, Donald Trump relied on Twitter to communicate with supporters; now he relies on email. Supporters of the former president marched down Fifth Avenue in New York City on March 5.
PHOTO: JOHN MINCHILLO/ASSOCIATED PRESS

*By Alex Leary* [Follow]

May 5, 2021 10:49 am ET

In the heat of the 2016 presidential campaign, then-candidate Donald Trump said, "I'm just not a believer in email." Since he was banned from social media earlier this year, it has been his go-to communication tool.

Unable since January to tweet, put videos on YouTube or post to Facebook—whose oversight board upheld the ban on Wednesday and gave the company six months to determine whether Mr. Trump should be permanently banned—the former president has been blast emailing statements to comment on daily news developments, endorse candidates and target critics.

He continues to claim in emailed statements and in private gatherings with supporters that the election was rigged. There is no evidence there was widespread fraud in the election, and Mr. Trump's campaign and his allies failed in dozens of court challenges to the results.

"They're really much more elegant. And the word is getting out," Mr. Trump said of his emailed statements in a recent Newsmax interview.



Mr. Trump spoke at the Conservative Political Action Conference, or CPAC, in Orlando, Fla., on Feb. 27.
PHOTO: ELIJAH NOUVELAGE/BLOOMBERG NEWS

"The tweeting gets you in trouble," Mr. Trump added. "You're retweeting people and you find out that the retweets were not so good, because the person—if you didn't do research—that you're retweeting is not the best. ... I like this better than Twitter. Actually, they did us a favor."

But while Mr. Trump once could instantly communicate to tens of millions of people, his email reach is smaller and slower, people familiar with the process say. News outlets that once hung on his every word are being more selective. Lawmakers too say they are relieved not to have to react to the barrage of tweets.

A spokesman declined to say how large the email list is.

Mr. Trump has floated the idea of creating his own social-media platform. On Tuesday, Mr. Trump's website added a section— titled "From the Desk of Donald J. Trump" —that contains his statements with buttons for people to share on Twitter and Facebook. Trump spokesman Jason Miller said in a tweet that the site is "not a new social media platform. We'll have additional information coming on that front in the very near future."

Trump Copes With Facebook, Twitter Ban by Relying on Email, Media Interviews - WSJ



Mr. Trump made a speech at a dog-rescue fundraising event at Mar-a-Lago on March 12.
PHOTO: VALENTINA AVED VIA STORYFUL

Mr. Trump has done a handful of TV interviews, with Newsmax, One America News Network and Fox News, allowing him a broad audience. He has also appeared on podcasts and radio shows. In a conversation last week with conservative host Dan Bongino, Mr. Trump suggested he is planning to revive his campaign-style rallies, while he continues to tease the idea of running for president in 2024.

He has closely followed the news from his Mar-a-Lago club in Florida, aides say, and has regular talks with political advisers. A stream of candidates have visited him in hopes of an endorsement. Some are holding fundraisers at the club, in hopes the former president makes a personal appearance. Mr. Trump is planning to relocate to his Bedminster golf club in New Jersey for the summer.

2/24/23, 11:17 AM
Case 1:23-sc-00031-JEB  Document 27-2  Filed 02/24/23  Page 24 of 29
Trump Copes With Facebook, Twitter Ban by Relying on Email, Media Interviews - WSJ

The Trump statements are sent through his official office or political action committee, Save America PAC. They read like long versions of his former tweets, full of capital letters, exclamation points, boasts about his record in office, attacks on rivals and general musings.

"What used to be called The Academy Awards, and now is called the 'Oscars'—a far less important and elegant name—had the lowest Television Ratings in recorded history, even much lower than last year, which set another record low," he wrote last week.

"Why is it that every time the 2020 ELECTION FRAUD is discussed, the Fake News Media consistently states that such charges are baseless, unfounded, unwarranted, etc.?" he lamented on April 2. "Other than that, Happy Easter!"

Mr. Trump dictates the messages to an aide, according to two people familiar with the process, and the message is reviewed by staff before being sent out. He is given a printed-out copy and sometimes makes edits in black marker.

Some of the emails have generated news, such as one attacking Senate Minority Leader Mitch McConnell (R., Ky.) following his criticism of Mr. Trump's rhetoric leading up to the Jan. 6 Capitol riot. Despite the Twitter ban, the statements have appeared in tweets from other users.

Republican adversaries are a frequent target, including House GOP Conference Chairwoman Liz Cheney of Wyoming, Utah Sen. Mitt Romney and his former national security adviser John Bolton.

The back and forth with Ms. Cheney escalated this week, after Mr. Trump issued an email statement calling the 2020 election "THE BIG LIE." She responded on Twitter that calling the election stolen poisons the democratic system, prompting him to call her a "warmonger" who polls badly.

Regardless of the Facebook decision, Mr. Trump appears to have moved on from Twitter, which banned him permanently. Speaking on Fox News in late March, he said, "It's become very, very boring."

**Write to** Alex Leary at alex.leary@wsj.com

*Appeared in the May 6, 2021, print edition as 'Former President Turns To Email'.*

**The New York Times** | https://www.nytimes.com/2023/01/25/us/politics/trump-texting.html

# OMG. Trump Has Started Texting.

The former president, averse to leaving records of his communications, had long avoided text and email.

**By Jonathan Swan and Maggie Haberman**

Jan. 25, 2023

3 MIN READ

One of former President Donald J. Trump's most consistent personal traits — one that his advisers say has helped keep him out of even worse legal jeopardy — has been his refusal to communicate by text or email.

Until now.

Mr. Trump, 76, who is heading into his third presidential campaign and is still under scrutiny by investigators on multiple fronts, has at last become a texter, according to three people with knowledge of his new habit. His messages have recently shown up in the phones of surprised recipients, they said.

The former president's resistance to texting frustrated investigators for the House Jan. 6 committee as they tried to track his thoughts and actions when he worked to overturn the 2020 election. In his testimony before the committee, the former president's eldest son, Donald Trump Jr., said he texted the White House chief of staff, Mark Meadows, during the Capitol attack because his father "doesn't text."

That changed around the beginning of this year. Friends, confidants and even people not especially close to Mr. Trump began receiving text messages from his cellphone, most of them described as innocuous, such as new year greetings or political observations. A spokesman for Mr. Trump declined to comment.

The former president has long been constantly on his phone, but only to talk into it — or, before he was kicked off Twitter, to send streams of tweets. (The former aide who helped set up his Twitter account once told Politico that when Mr. Trump, who initially relied on aides to write his posts, began to tweet on his own, it was akin to the scene in the film "Jurassic Park" when the velociraptors learned to open doors.)

For years, people corresponding with him sent him text messages, which always went unanswered. He was unreachable by email. He sometimes asked aides to send electronic messages to reporters, referring to the missives as "wires," like a telegram.

Now, his delayed embrace of what has long been a default mode of communication spanning generations signals not only a willingness to join in the world of LOL's and BRB's but also a small shift from his aversion to leaving paper or electronic trails.

People who have worked for Mr. Trump in the White House and in his private business say he has prided himself on being "smart" for leaving almost no documentation of his communications and discussions in meetings. That included snatching notes being taken in real time by a junior legal associate in his offices in the 1990s, when Mr. Trump spotted the man scribbling, according to a consultant working for him then.

Those who have witnessed firsthand his visceral aversion to record-keeping said they were shocked to learn about his new electronic habit.

"Has he now also started to take notes?" John R. Bolton, Mr. Trump's former national security adviser, dryly texted when told about the former president's texting.

Mr. Trump upbraided Mr. Bolton, who wrote one of the most searing book-length accounts of the Trump presidency, for taking notes during meetings.

Mr. Trump also chided Donald F. McGahn II, his first White House counsel, for notes he took. Mr. McGahn, when interviewed by the special counsel Robert S. Mueller III during the Russia investigation, described informing Mr. Trump that he took notes because he was a "real lawyer."

"I've had a lot of great lawyers, like Roy Cohn. He did not take notes," Mr. McGahn recounted Mr. Trump saying, referring to his ruthless longtime fixer and mentor who became the prototype for what Mr. Trump sought in a lawyer.

The fact that Mr. Trump is now sending texts has caused alarm among some of his associates, who are concerned about what he might say. Still, they have been relieved about another shift: His phone now sends calls that are not from numbers in his contacts to voice mail, according to two people familiar with the change.

That shift occurred this month, after an NBC reporter called Mr. Trump directly during Representative Kevin McCarthy's desperate fight to be elected speaker of the House. Mr. Trump picked up, giving a brief interview that created some political heartburn for Republicans.

Still unclear is Mr. Trump's position on emojis.

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law.
For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/trump-lawyers-appeared-before-grand-jury-as-part-of-classified-documents-probe-3d1c8040

POLITICS

# Trump Lawyers Appeared Before Grand Jury as Part of Classified-Documents Probe

Evan Corcoran and Christina Bobb's appearances come as the Justice Department ramps up Mar-a-Lago investigation



Evan Corcoran has represented Donald Trump in dealings with the Justice Department over the classified documents.
PHOTO: MARCO BELLO/AGENCE FRANCE-PRESSE/GETTY IMAGES

*By C. Ryan Barber* [Follow] *and Alex Leary* [Follow]

Updated Feb. 11, 2023 6:57 pm ET

Two lawyers for Donald Trump appeared before a grand jury last month as part of the special counsel investigation into the handling of classified documents and other records discovered at the former president's South Florida residence and private club, according to people familiar with the matter.

Christina Bobb and Evan Corcoran, lawyers who have represented Mr. Trump in dealings with the Justice Department over the classified documents, made their appearances in the early weeks of January as the special counsel, Jack Smith, ramped up his investigation, the people said.

The two have faced scrutiny since last year, when the Federal Bureau of Investigation found a cache of classified documents at Mr. Trump's Mar-a-Lago estate during a court-authorized search. In a court filing after that search, the Justice Department said the discovery of documents during the Aug. 8 search "cast serious doubt" on a sworn statement Ms. Bobb had signed in June attesting that all materials requested by a subpoena to Mr. Trump had been turned over to the Justice Department. In fact, more records were later retrieved from the property.

The Justice Department declined to comment.

Ms. Bobb declined to comment on Saturday. Her grand jury appearance hasn't previously been reported.

Mr. Corcoran's appearance was earlier reported by Bloomberg News. He didn't respond to repeated requests for comment.

Their appearances came as the Justice Department ramped up the investigation into the potential mishandling of sensitive records at Mar-a-Lago. Attorney General Merrick Garland appointed Mr. Smith, a former public integrity and war crimes prosecutor, in November to oversee the dual investigations into the mishandling of classified records and Mr. Trump's efforts to overturn the 2020 election results.



A cache of classified documents was discovered last year at Donald Trump's Mar-a-Lago estate.
PHOTO: JOE RAEDLE/GETTY IMAGES

In recent weeks, Mr. Smith's office has moved aggressively with subpoenas to associates of Mr. Trump and requests for prompt productions of documents, according to people familiar with the investigation. The Wall Street Journal reported Thursday that the special counsel

subpoenaed former Vice President Mike Pence as part of the investigation into efforts to overturn the 2020 election.

Ms. Bobb had previously spoken with federal investigators. In an October interview, Ms. Bobb said Mr. Corcoran had assured her that he conducted a thorough search of Mar-a-Lago before he asked her to certify that all records requested by a subpoena had been returned, the Journal reported. Ms. Bobb at the time insisted on adding language to the certification that said she was acting "based upon the information that has been provided to me," and "to the best of my knowledge." She declined an offer of immunity, saying she didn't need it, according to people familiar with the process.

Mr. Corcoran handled Mr. Trump's responses to government requests for the return of records from his presidency. He accepted a subpoena requesting those documents, according to court records, and was present at Mar-a-Lago in June when federal officials arrived at the West Palm Beach estate to collect more materials.

In May, Mr. Corcoran wrote a letter to the Justice Department asserting that Mr. Trump had "readily and voluntarily agreed" to send the materials to the National Archives after the agency requested them. In the letter, which was revealed in court filings following the Mar-a-Lago search, Mr. Corcoran also warned it was critical that the Justice Department's steps "not involve politics," and he argued that a president's actions with classified documents aren't subject to criminal sanction.

Mr. Corcoran has more recently represented Mr. Trump in legal proceedings related to the investigation into mishandling of classified documents at Mar-a-Lago, which is also examining potential obstruction of justice. In December, he was observed entering the chambers of Chief Judge Beryl Howell for a sealed proceeding related to a grand jury matter.

A former federal prosecutor, Mr. Corcoran has also represented close allies of Mr. Trump. Last year, he defended Mr. Trump's former strategist Steve Bannon against criminal contempt of Congress charges stemming from his defiance of a subpoena issued by the House committee that investigated the Jan. 6, 2021, attack on the Capitol. A jury found Mr. Bannon guilty in July. Mr. Bannon was later sentenced to four months in prison, but a judge allowed him to remain free while Mr. Bannon challenges the criminal conviction in the U.S. Court of Appeals for the D.C. Circuit.

In January, just weeks after his grand jury appearance, Mr. Corcoran appeared on Mr. Trump's behalf in the contempt of Congress case against another onetime Trump White House adviser,

Peter Navarro. In a Jan. 23 letter, which was filed in federal court, Mr. Corcoran endorsed Mr. Navarro's decision to rebuff a subpoena from the House Jan. 6 committee by raising executive privilege claims.

Write to C. Ryan Barber at ryan.barber@wsj.com and Alex Leary at alex.leary@wsj.com

*Appeared in the February 13, 2023, print edition as 'Trump Lawyers Appeared Before Grand Jury in Probe'.*