IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

### NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for Twitter, Inc.

Dated: February 9, 2023

                                                Respectfully submitted,

                                                /s/ Aaron M. Zebley
                                                Aaron M. Zebley, DC Bar #1023653 *(D.D.C.*
                                                      *admission pending)*
                                                WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                                2100 Pennsylvania Ave. NW
                                                Washington, DC 20037
                                                Aaron.Zebley@wilmerhale.com
                                                Tel:  (202) 663-6808
                                                Fax:  (202) 663-6363

                                                *Counsel for Twitter, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2023, I caused the foregoing motion to be served by email upon:

Gregory Bernstein, Assistant Special Counsel

/s/ Aaron M. Zebley
Aaron M. Zebley
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Aaron.Zebley@wilmerhale.com
Tel:  (202) 663-6808
Fax:  (202) 663-6363

*Counsel for Twitter, Inc.*