**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 23-SC-31<br><br>**Filed Under Seal** |

**NOTICE OF FILING OF REDACTED MEMORANDUM OPINION**

Consistent with the Court's March 3, 2023 Minute Order, please find submitted herewith the approved redacted version of the Court's memorandum opinion, ECF No. 30. Consistent with the Minute Order, the Government transmitted the redacted version of ECF 30 to counsel for Twitter via email on March 3, 2023 at approximately 2:56 p.m.

Respectfully submitted,

JACK SMITH
Special Counsel
N.Y. Bar No. 2678084

By: /s/ *Thomas P. Windom*
Thomas P. Windom (D.C. Bar No. 502131)
Senior Assistant Special Counsel