FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31 - BAH<br><br>**UNDER SEAL** |

## NOTICE OF APPEAL

Notice is hereby given this 7th day of March, 2023, that Twitter, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the opinion and judgment of this Court entered on the 3rd day of March, 2023, in favor of the United States of America, against Twitter (Dkts. 29-30), and all prior orders and opinions in the above-captioned case, including the January 3d Non-Disclosure Order (Dkt. 3), the February 3 scheduling order, the February 7 minute order regarding contempt, the oral orders delivered during the February 7 hearing, and the oral orders delivered during the February 9 hearing.

Dated: March 7th, 2023

Respectfully submitted,

Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823 (*D.D.C. admission pending*)
Whitney Russell, D.C. Bar 987238
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
benjamin.powell@wilmerhale.com
Whitney.russell@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

1

FILED UNDER SEAL

                              George P. Varghese *(pro hac vice)*
                              WILMER CUTLER PICKERING
                                  HALE AND DORR LLP
                              60 State Street
                              Boston MA 02109
                              George.varghese@wilmerhale.com
                              Tel:  (617) 526-6000
                              Fax:  (617) 526-6363

                              *Counsel for Twitter, Inc.*

FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2023, I caused the foregoing to be served by email upon:

James Pearce, Assistant Special Counsel

                              Ari Holtzblatt, D.C. Bar 1009913
                              WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                              2100 Pennsylvania Ave. NW
                              Washington, DC 20006
                              Tel:  (202) 663-6000
                              Fax:  (202) 663-6363