UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | CASE NO. SC 23-31-BAH<br><br>UNDER SEAL |

## JOINT STATUS REPORT

On March 3, 2023, the Court ordered the parties to submit a joint status report by today at noon, "advising the Court whether this Order [ECF 29] and the Opinion [ECF 30] may be unsealed, in whole or in part with redactions." ECF 29 at 1.

The Government's position is that the Order and Memorandum Opinion, along with all filings in this matter, should remain sealed at this time, for the same reasons that the Government sought and obtained a non-disclosure order for the underlying warrant.

While Twitter continues to separately maintain that it should be permitted to inform the user about the warrant, in light of the Court's Opinion and Order Twitter does not at this time oppose the Government's position that the Opinion and Order remain under seal.

Respectfully submitted,

JACK SMITH
Special Counsel
N.Y. Bar No. 2678084

By: /s/ *Thomas P. Windom*
Thomas P. Windom (D.C. Bar No. 502131)
*Attorney for the Government*

And: Wilmer Cutler Pickering Hale and Dorr LLP

/s/ *Ari Holtzblatt*
Ari Holtzblatt (D.C. Bar No. 1009913)
*Attorney for Twitter, Inc.*