APPEAL,SC2,SCA−DNOT,SCA−SW,Sealed_Case

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:23−sc−00031−BAH *SEALED*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A <br> Assigned to: Chief Judge Beryl A. Howell <br> Cause: Civil Miscellaneous Case | Date Filed: 01/05/2023 <br> Jury Demand: None <br> Nature of Suit: 890 Other Statutory Actions <br> Jurisdiction: U.S. Government Plaintiff |

**In Re**

**IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A**

**Interested Party**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **Gregory Douglas Bernstein** <br> USAO <br> 312 North Spring Street, 12th Floor <br> United States Attorney's Office <br> Central District of California <br> Los Angeles, CA 90012 <br> 213−894−3183 <br> Email: gregory.bernstein@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **James Pearce** <br> U.S. DEPARTMENT OF JUSTICE <br> CRIMINAL DIVISION APPELLATE SECTION <br> Department of Justice, Criminal Division <br> 950 Pennsylvania Ave NW <br> Suite 1250 <br> Washington, DC 20530 <br> (202) 532−4991 <br> Fax: (202) 305−2121 <br> Email: james.pearce@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Mary Lyle Dohrmann** <br> U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA <br> 555 4th St, NW <br> Washington, DC 20530 <br> (202) 252−7035 |

Email: mary.dohrmann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Windom**
555 Fourth Street NW
Washington, DC 20530
202−252−7846
Email: thomas.windom@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**TWITTER INC.** represented by **Aaron Zebley**
WILMER CUTLER PICKERING HALE & DORR
2100 Pennsylvania Avenue NW
Washington, DC 20037
202−663−6808
Email: aaron.zebley@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202−663−6964
Email: ari.holtzblatt@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George P. Varghese**
WILMERHALE LLP
60 State Street
Boston, MA 02109
617−526−6524
Email: george.varghese@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Whitney D. Russell**
2100 Pennsylvania Avenue NW
Washington, DC 20037
202−663−6510
Email: whitney.russell@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2023 | 1 | APPLICATION for Search/Seizure Warrant by USA pursuant to 18 U.S.C. 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) filed by UNITED STATES OF AMERICA.(zstd) (Entered: 01/17/2023) |
| 01/17/2023 | 2 | APPLICATION for Order pursuant to 18 U.S.C. 2705(b) filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 01/17/2023) |
| 01/17/2023 | 3 | ORDER granting 2 Application for an Order pursuant to 18 USC 2705(b) as to TWITTER, INC. Signed by Chief Judge Beryl A. Howell on January 17, 2023. Counsel has been notified electronically.(lcbah3) (Entered: 01/17/2023) |
| 01/17/2023 | 4 | Search and Seizure Warrant Issued by Chief Judge Beryl A. Howell on 1/17/2023. Signed by Chief Judge Beryl A. Howell on January 17, 2023. Counsel has been notified electronically. (lcbah3) (Entered: 01/17/2023) |
| 02/02/2023 | 5 | MOTION for Order to Show Cause by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 02/02/2023) |
| 02/02/2023 | 6 | MOTION to Seal Case by TWITTER INC. (Attachments: # 1 Text of Proposed Order)(zhsj) (Entered: 02/02/2023) |
| 02/02/2023 | 7 | MOTION to Vacate or Modify Non−Disclosure Order and Stay Twitter's Compliance with Search Warrant by TWITTER INC. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion to Vacate or Modify Non−Disclosure Order Issued Pursuant to 18 U.S.C. 2705(b) And Stay Twitter's Compliance with Search Warrant, # 2 Text of Proposed Order) (zhsj) (Entered: 02/02/2023) |
| 02/02/2023 |  | MINUTE ORDER (paperless) GRANTING Twitter, Inc.'s unopposed 6 Motion to Seal; and DIRECTING the government and Twitter, Inc. to confer and propose, by February 3, 2023 at 1 PM, a briefing schedule for the pending 5 governments Motion for an Order to Show Cause and 7 Twitter, Inc.'s Motion to Vacate or Modify Non−Disclosure Order, as well as a date for hearing on these pending motions. Signed by Chief Judge Beryl A. Howell on February 2, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/02/2023) |
| 02/03/2023 |  | Set/Reset Deadlines: Response to Order of the Court due by 1:00 PM on 2/3/2023. (ztg) (Entered: 02/03/2023) |
| 02/03/2023 | 8 | NOTICE of Proposed Briefing Schedule in Response to Court's Order dated February 2, 2023, by UNITED STATES OF AMERICA, TWITTER INC. (ztg) (Entered: 02/03/2023) |
| 02/03/2023 |  | MINUTE ORDER (paperless) Upon consideration of the parties' proposed briefing schedules submitted by email by the government, *see* 8 NOTICE of Proposed Briefing Schedule, ISSUING the following SCHEDULING ORDER regarding the government's 5 Motion for Order to Show Cause:<br><br>(1) By February 6, 2023 at 10:00 AM, Twitter, Inc. shall file any opposition to the government's motion;<br>(2) By February 6, 2023 at 6:00 PM, the government shall file any reply;<br>(3) On February 7, 2023 at 1:30 PM, the parties are DIRECTED to appear in−person in Courtroom 22A for a sealed hearing on the government's motion; and |

| | | |
|---|---|---|
| | | ISSUING the following SCHEDULING ORDER regarding Twitter, Inc.'s 7 Motion to Vacate or Modify Non−Disclosure Order:<br><br>(1) By February 16, 2023 at 4:00 PM, the government shall file any opposition to Twitter, Inc.'s motion;<br>(2) By February 23, 2023 at 4:00 PM, Twitter, Inc. shall file any reply; and<br>(3) A hearing, if necessary, will be scheduled at a later date.<br><br>Signed by Chief Judge Beryl A. Howell on February 3, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/03/2023) |
| 02/03/2023 | | Set/Reset Deadlines/Hearings: Twitter, Inc.'s opposition to the government's motion due by 10:00 AM on 2/6/2023; government's reply due by 6:00 PM on 2/6/2023; Sealed Motion Hearing scheduled for 2/7/2023, at 1:30 PM in Courtroom 22A− In Person before Chief Judge Beryl A. Howell. Government's opposition to Twitter, Inc.'s motion due by 4:00 PM on 2/16/2023; Twitter Inc.'s reply due by 4:00 PM on 2/23/2023. (ztg) (Entered: 02/03/2023) |
| 02/06/2023 | 9 | Memorandum in opposition to re 5 Motion for Order to Show Cause filed by TWITTER INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(zstd) (Entered: 02/06/2023) |
| 02/06/2023 | 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− George P. Varghese, by TWITTER INC.. (Attachments: # 1 Text of Proposed Order, # 2 Varghese PHV Declaration, # 3 Varghese − Certificate of Good Standing)(zstd) (Entered: 02/06/2023) |
| 02/06/2023 | | Filing fee received: $ 100.00, receipt number: 203958 re 10 Motion for Leave to Appear Pro Hac Vice (zstd) (Entered: 02/06/2023) |
| 02/06/2023 | | MINUTE ORDER (paperless) GRANTING Twitter, Inc.'s 10 Motion for Admission Pro Hac Vice. Mr. Varghese may enter an appearance pro hac vice for the purpose of representing Twitter, Inc. in this action. Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Chief Judge Beryl A. Howell on February 6, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/06/2023) |
| 02/06/2023 | 11 | REPLY to opposition to motion re 5 MOTION for Order to Show Cause filed by UNITED STATES OF AMERICA. (zstd) (Entered: 02/07/2023) |
| 02/07/2023 | 12 | NOTICE of Appearance by George P. Varghese on behalf of TWITTER INC. (zstd) (Entered: 02/07/2023) |
| 02/07/2023 | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing held on 2/7/2023. 5 MOTION for Order to Show Cause filed by UNITED STATES OF AMERICA, heard and GRANTED; an order will be issued by the Court. (Court Reporter Elizabeth Saint−Loth.) (ztg) (Entered: 02/07/2023) |
| 02/07/2023 | | MINUTE ORDER (paperless) GRANTING the government's 5 Motion for Order to Show Cause; DIRECTING that Twitter, Inc.: (1) By February 7, 2023 at 5:00 PM, comply with the 4 Search and Seizure Warrant, which itself required compliance by January 27, 2023; and (2) by February 8, 2023 at 5 PM, submit a list of each case in which Twitter, Inc. has filed a challenge to a non−disclosure order, issued pursuant to 18 U.S.C. § 2705(b), summarizing for each case the court's resolution of that challenge; and further ORDERING that Twitter, Inc. shall be held in contempt if it fails to comply with the 4 Search and Seizure Warrant by February 7, 2023 at 5:00 PM, and that |

| | | |
|---|---|---|
| | | Twitter, Inc. shall be fined $50,000, a fine amount that shall double every day, for failing to comply with this Order, payable to the Clerk of this Court. Signed by Chief Judge Beryl A. Howell on February 7, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/07/2023) |
| 02/08/2023 | 13 | MOTION to Partially Unseal for Purpose of Ordering Transcript by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 02/08/2023) |
| 02/08/2023 | | MINUTE ORDER (paperless) GRANTING the government's 13 Motion to Partially Unseal for Purpose of Ordering Transcript and AUTHORIZING the Court Reporter to provide the February 7, 2023, sealed hearing transcript to counsel of record for the government. Signed by Chief Judge Beryl A. Howell on February 8, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/08/2023) |
| 02/09/2023 | | MINUTE ORDER (paperless) DIRECTING, upon notice from government counsel, via email, that Twitter, Inc. has advised the government that records responsive to the 4 Search and Seizure Warrant have not been fully produced by the deadline for compliance set out in the Court's February 7, 2023 Minute Order, that the parties appear in−person, on February 9, 2023 (today) at 11:00 AM, in Courtroom 22A for a hearing on the status of Twitter, Inc.'s compliance with the Warrant. Signed by Chief Judge Beryl A. Howell on February 9, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/09/2023) |
| 02/09/2023 | 14 | Letter from Twitter, Inc Counsel. "Leave to file GRANTED". Signed by Chief Judge Beryl A. Howell on 2/9/2023. (zstd) (Entered: 02/09/2023) |
| 02/09/2023 | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Status Conference held on 2/9/2023. (Court Reporter Elizabeth Saint−Loth.) (ztg) (Entered: 02/09/2023) |
| 02/09/2023 | 15 | MOTION Requesting Authorization for Transcription and Distribution re Motion Hearing, by TWITTER INC.. (Attachments: # 1 Text of Proposed Order Regarding February 7, 2023 Proceedings)(zstd) (Entered: 02/10/2023) |
| 02/09/2023 | 16 | MOTION Requesting Authorization for Transcription and Distribution re Status Conference by TWITTER INC.. (Attachments: # 1 Text of Proposed Order Regarding February 9, 2023 Proceedings)(zstd) (Entered: 02/10/2023) |
| 02/09/2023 | 25 | NOTICE by UNITED STATES OF AMERICA regarding Twitter's non−compliance with the warrant. (ztg) (Entered: 02/21/2023) |
| 02/09/2023 | 28 | NOTICE of Appearance by Aaron Zebley on behalf of TWITTER INC. (zstd) (Entered: 02/27/2023) |
| 02/10/2023 | 17 | MOTION to Partially Unseal for Purpose of Ordering Transcript by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 02/10/2023) |
| 02/10/2023 | | MINUTE ORDER (paperless) GRANTING Twitter, Inc.'s 15 Motion Requesting Authorization for Transcription and Distribution regarding Motion Hearing and 16 Motion Requesting Authorization for Transcription and Distribution regarding Status Conference, and AUTHORIZING the Court Reporter to provide the February 7, 2023, and February 9, 2023, sealed hearing transcripts to counsel of record for Twitter, Inc. Signed by Chief Judge Beryl A. Howell on February 10, 2023. Counsel has been notified electronically. (lcbah4) (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/10/2023 | | MINUTE ORDER (paperless) GRANTING the government's 17 Motion to Partially Unseal for Purpose of Ordering Transcript and AUTHORIZING the Court Reporter to provide the February 9, 2023, sealed hearing transcript to counsel of record for the government. Signed by Chief Judge Beryl A. Howell on February 10, 2023. Counsel has been notified electronically. (lcbah4) (Entered: 02/10/2023) |
| 02/13/2023 | 18 | NOTICE Regarding Applicability of Sanctions by TWITTER INC. (zstd) (Entered: 02/14/2023) |
| 02/13/2023 | 19 | NOTICE Regarding Accrued Sanction by UNITED STATES OF AMERICA (zstd) (Entered: 02/14/2023) |
| 02/16/2023 | 20 | MOTION to Seal and to Authorize Limited Disclosure by UNITED STATES OF AMERICA. (Attachments: # 1 Order Authorizing Limited Disclosure and Imposing Protection)(zstd) (Entered: 02/17/2023) |
| 02/16/2023 | 21 | Memorandum in opposition to re 7 Motion to Vacate or Modify Non−Disclosure Order and Stay Twitter's Compliance with Search Warrant filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A)(zstd) (Entered: 02/17/2023) |
| 02/17/2023 | 23 | MOTION for Leave to Late−File the Government's Opposition to Twitter's Motion to Vacate or Modify the NDO by UNITED STATES OF AMERICA. (zstd) (Entered: 02/17/2023) |
| 02/17/2023 | 24 | ORDER Authorizing limited disclosure and imposing protection. See order for further details. Signed by Chief Judge Beryl A. Howell on February 17, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/17/2023) |
| 02/17/2023 | | MINUTE ORDER (paperless) granting the government's 23 Motion for Leave to File to Late−File. Signed by Chief Judge Beryl A. Howell on February 17, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/17/2023) |
| 02/21/2023 | 26 | MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Vacate or Modify Non−Disclosure Order by TWITTER INC.. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 02/21/2023) |
| 02/21/2023 | | MINUTE ORDER (paperless) GRANTING Twitter, Inc.'s 26 Motion for Extension of Time to File Reply, and DIRECTING Twitter, Inc. to file any reply in support of its 7 Motion to Vacate or Modify Non−Disclosure Order by February 24, 2023, at 4:00 PM. Signed by Chief Judge Beryl A. Howell on February 21, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 02/21/2023) |
| 02/24/2023 | 27 | REPLY to opposition to motion re 7 MOTION to Vacate MOTION or Modify Non−Disclosure Order and Stay Twitter's Compliance with Search Warrant filed by TWITTER INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(zstd) (Entered: 02/24/2023) |
| 03/03/2023 | 29 | ORDER denying Twitter's 7 Motion to Vacate or Modify Non−Disclosure Order and Stay Twitter's Compliance with Search Warrant, and DIRECTING Twitter to pay sanctions for its failure to comply with the Court's February 7, 2023 Minute Order. See Order for for further details. Signed by Chief Judge Beryl A. Howell on March 3, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 03/03/2023) |
| 03/03/2023 | 30 | MEMORANDUM OPINION regarding the Court's 29 Order. Signed by Chief Judge Beryl A. Howell on March 3, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 03/03/2023) |

| | | |
|---|---|---|
| 03/03/2023 | | MINUTE ORDER (paperless), upon consideration of the government's 31 proposed redactions to protect the confidentiality of information in an ongoing criminal investigation, DIRECTING, by 5 PM today, that the government file on the sealed docket a redacted version of 30 Memorandum Opinion, as proposed by the government, and transmit the redacted version promptly to counsel for Twitter, Inc. Signed by Chief Judge Beryl A. Howell on March 3, 2023. Signed by Chief Judge Beryl A. Howell on March 3, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 03/03/2023) |
| 03/03/2023 | 32 | NOTICE OF FILING REDACTED DOCUMENT re 30 Memorandum & Opinion by UNITED STATES OF AMERICA (Attachments: # 1 Redacted Memorandum Opinion)(zstd) (Entered: 03/03/2023) |
| 03/07/2023 | 33 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 30 Memorandum & Opinion, 29 Order on Motion to Vacate,, Order on Motion to Modify, by TWITTER INC.. Filing fee $ 505, receipt number 204148. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit A– Order, # 2 Exhibit B– Memorandum Opinion)(zstd) (Entered: 03/07/2023) |
| 03/07/2023 | 34 | MOTION for Stay Pending Appeal by TWITTER INC.. (zstd) (Entered: 03/07/2023) |
| 03/07/2023 | 35 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 33 Notice of Appeal to DC Circuit Court (zstd) (Entered: 03/07/2023) |
| 03/07/2023 | | MINUTE ORDER (paperless) ISSUING, upon consideration of Twitter, Inc.'s 34 Emergency Motion for Stay Pending Appeal, which fails to propose, after conferral with the government, any briefing schedule on this motion, the following SCHEDULING ORDER: (1) By March 9, 2023 at 3 PM, the government shall file any response to Twitter, Inc.'s motion; and (2) By March 10, 2023 at 3 PM, Twitter Inc. shall file any reply in support of its motion. Signed by Chief Judge Beryl A. Howell on March 7, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 03/07/2023) |
| 03/09/2023 | 36 | Memorandum in opposition to re 34 Motion to Stay Pending Appeal filed by UNITED STATES OF AMERICA. (zstd) (Entered: 03/09/2023) |
| 03/10/2023 | 37 | JOINT STATUS REPORT by UNITED STATES OF AMERICA. (zstd) (Entered: 03/10/2023) |
| 03/10/2023 | 38 | REPLY in Support re 34 MOTION to Stay Pending Appeal filed by TWITTER INC. (zstd) (Entered: 03/10/2023) |
| 03/10/2023 | 39 | MEMORANDUM & ORDER denying Twitter Inc.'s 34 Motion to Stay. Signed by Chief Judge Beryl A. Howell on March 10, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 03/10/2023) |
| 03/11/2023 | | MINUTE ORDER (paperless) Upon consideration of the parties' 37 Joint Status Report, DIRECTING the parties to submit a joint status report advising the Court whether the 29 March 3, 2023 Order ("Order") and the 30 March 3, 2023 Memorandum Opinion ("Opinion") may be unsealed, in whole or in part with redactions, by June 8, 2023, or sooner if events occur that would permit earlier release of the Order and Opinion, in whole or in part with redactions. Signed by Chief Judge Beryl A. Howell on March 11, 2023. Counsel has been notified electronically.(lcbah4) (Entered: 03/11/2023) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 23-SC-31<br><br>**Under Seal**<br><br>Chief Judge Beryl A. Howell |

**MEMORANDUM AND ORDER**

Twitter seeks a stay pending its appeal ("Motion" or "Mot."), ECF No. 34, of the Court's March 3, 2023 Order Denying Twitter's Motion to Vacate or Modify Non-Disclosure Order ["NDO"] and Directing Twitter to Pay Contempt Sanctions ("Order"), ECF No. 29, in some form, including "an administrative stay of that order[,]" Twitter Reply In Supp. of Its Mot. For Stay Pending Appeal ("Twitter Reply") at 10, ECF No. 38. Twitter believes that the Order should be stayed pending appeal, *see* Twitter's Not. of Appeal, ECF No. 34, based on its belief that "once Twitter pays the $350,000 in contempt fines on March 13 and thereby purges its contempt," any appeal will be moot. Mot. at 1–2. This may be so, at least as to the contempt sanction, and may already be so as to Twitter's underlying challenge to the execution of the Warrant and NDO at issue. Mootness will be a matter for the D.C. Circuit to resolve as to all these issues on appeal. Nonetheless, saving an appeal from mootness is simply not sufficient to satisfy the extraordinary remedy requested. *See Bhd. of Ry. & S.S. Clerks, Freight Handlers, Express & Station Emps. v. Nat'l Mediation Bd.*, 374 F.2d 269, 275 (D.C. Cir. 1966) ("A stay pending appeal is always an extraordinary remedy[.]"); *Citizens for Responsibility & Ethics in Washington v. Fed. Election Comm'n*, 904 F.3d 1014, 1017 (D.C. Cir. 2018) (per curiam) ("CREW") (describing a stay pending appeal as "extraordinary relief"). Avoiding mootness is Twitter's main argument for a stay, however.

1

A stay request requires a court to "'weigh competing interests,'" *Belize Soc. Dev. Ltd. v. Gov't of Belize*, 668 F.3d 724, 732 (D.C. Cir. 2012) (quoting *Landis v. N. Am. Co.,* 299 U.S. 248, 244–45 (1936)), and balance the following factors as applied to the specific facts of the case: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies," *Nken v. Holder*, 556 U.S. 418, 434 (2009) (quotation marks omitted).  The first two factors are the "most critical" to determining whether a stay is warranted, *CREW*, 904 F.3d at 1017 (quoting *Nken*, 556 U.S. at 434), while the third and fourth factors "merge" when the stay applicant so moves against the government, *Nken*, 556 U.S. at 435.  The party seeking the stay bears the burden of "mak[ing] out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay for which he prays will work damage to [someone] else." *Landis*, 299 U.S. at 255.  The first two factors here weigh heavily against Twitter, with the irreparable injury boiling down to potential mootness of the contempt sanctions.  In this balancing, Twitter's Motion must be denied.

First, Twitter is unlikely to succeed on the merits of its appeal.  Twitter contends that the Court likely committed reversible error by (1) requiring Twitter's compliance with the Warrant prior to resolving its NDO challenge, and (2) rejecting Twitter's good-faith and substantial-compliance defense by ordering Twitter to pay contempt fines for failing to comply with the Show Cause Order, *see* Mot. at 6–11, but Twitter is wrong.  Even were Twitter's appeal of the Court's contempt order not mooted by compliance with the Warrant, the company's arguments on the merits are rejected for the same reasons outlined in the Court's March 3, 2023 Memorandum Opinion.  *See* Mem. Op. Re. Ord., ECF No. 30.  To summarize, Twitter (1) willfully violated an

2

unambiguous Warrant by conditioning compliance on obtaining a modification of a separate NDO that would allow disclosure of the Warrant to its account holder—one of the company's most prolific and high-profile political users—and thereby provide that account holder the opportunity to litigate pre-indictment motions; and (2) knowingly failed to take the requisite steps timely to comply with the Warrant, misrepresented to the Court its ability timely to comply with the Minute Order (Feb. 7, 2023) ("Show Cause Order"), and, ultimately, delayed the government's investigation into the user of the Twitter account at issue. Twitter essentially exploited its position as a large social media platform to usurp the Court's role to determine both the validity of the Warrant's execution methodology and the need for the NDO—despite the company's concededly incomplete information—due to the unique position of the Twitter account user. For these reasons, Twitter's counterarguments do not present a "'fair ground of litigation,'" as it posits in its reply. Twitter Reply at 2 (quoting *Population Inst. v. McPherson*, 797 F.2d 1062, 1078 (D.C. Cir. 1986)).

Second, Twitter unpersuasively complains about irreparable injury by paying the $350,000 contempt sanction because the Court's "contempt order [will be] purged and the dispute over it mooted." Mot. at 4. To be sure, Twitter has yet to pay the civil sanction required by the Order, but those funds will not disappear. Should Twitter prevail on its argument that the $350,000 contempt fine was unduly punitive, the Clerk of the Court can always return some or all of those funds to Twitter. *See, e.g.*, *Corley v. Rosewood Care Ctr., Inc.*, 142 F.3d 1041, 1057 (7th Cir. 1998) ("Payment of the sanction does not moot the appeal because the appellate court can fashion effective relief to the appellant by ordering that the sum paid in satisfaction of the sanction be returned."); 13B Fed. Prac. & Proc. Juris. § 3533.2.2 ("An effective remedy is most clearly possible if the fine remains in the district court, not yet covered into the Treasury."). Indeed, Twitter provides no reason why holding payment of any fines in escrow will moot its challenge to

3

the Order regarding sanctions. *See* Reply at 6 n.1 ("Twitter likewise agrees that holding the money Twitter pays in escrow will help reduce the risk of mootness."). Moreover, the cases upon which Twitter relies to suggest that stays are appropriate to prevent mootness, Mot. at 1–3, are inapposite because, as the government points out, they concern "1) stays designed to prevent sanctions from *accruing* during an appeal by a contemnor who has not complied with the underlying order, and (2) mootness findings resulting from compliance with the underlying order itself, rather than mootness resulting from the payment of fully accrued contempt sanctions." Gov't's Opp'n at 12–13 (emphasis in original ) (citing *In re Grand Jury Investigation of Possible Violations of 18 U.S.C. § 1956 and 50 U.S.C. § 1705*, 2019 WL 2182436, at *5–6 (D.D.C. Apr. 10, 2019) (staying "accrual of the contempt sanctions" during the pendency of an "expedited appeal"); *In re Grand Jury Subpoena No. 7409*, 2018 WL 8334866, at *3–4 (D.D.C. Oct. 5, 2018) (similar); *United States v. Griffin*, 816 F.2d 1, 7 n.4 (D.C. Cir. 1987) (appeal of contempt order was mooted after defendant fully complied with the underlying restitution order); *In re Hunt*, 754 F.2d 1290, 1293–94 (5th Cir. 1985) (similar)). Even were Twitter correct that payment of the sanctions may moot the pending appeal of the sanctions order, the company cites no case holding that avoiding mootness is a reason to grant a stay.

Twitter also raises the specter of an approach to preserve appellate rights of "refus[ing] to produce anything to the government even *after* being held in contempt—prolonging any harm to the government's investigations and quickly threatening financial ruin for the company as fines doubled daily." Twitter Reply at 4 (emphasis in original). This is an argument that may be persuasive on appeal to avoid a finding of mootness but still does not meet the prerequisites for a stay.

Given that Twitter is unlikely to succeed on the merits and will face no irreparable injury if it promptly pays the contempt sanctions, it is hereby:

**ORDERED** that Twitter's Motion for a Stay Pending Appeal, ECF No. 34, is **DENIED**; it is further

**ORDERED** that, upon payment by Twitter of the $350,000 sanction to the Clerk of the Court for failing to comply with the Show Cause Order, the Clerk of the Court shall not transmit the fine to the U.S. Department of the Treasury but hold those funds in escrow until further order from this Court.

**SO ORDERED**.

Date:  March 10, 2023

_____
BERYL A. HOWELL
Chief Judge