IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

## NOTICE OF PAYMENT

Notice is hereby given that on March 24, 2023, Twitter, Inc. made payment of $350,000 to the Clerk of the United States District Court for the District of Columbia. Twitter made this payment under protest, and with the understanding that the funds will be held in escrow pending further order of this Court, per this Court's March 10, 2023, order.

Dated: March 27, 2023

Respectfully submitted,

George P. Varghese *(pro hac vice)*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
George.Varghese@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-6363

Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823
Whitney Russell, D.C. Bar 987238
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006

FILED UNDER SEAL

Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Counsel for Twitter, Inc.*

FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2023, I caused the foregoing motion to be served by email upon:

James Pearce, Assistant Special Counsel

                                                                                     _____
                                                        George P. Varghese (*pro hac vice*)
                                                        WILMER CUTLER PICKERING
                                                           HALE AND DORR LLP
                                                       60 State Street
                                                       Boston, MA 02109
                                                       Tel: (617) 526-6000
                                                       Fax: (617) 526-6363