FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31 – BAH<br><br>**UNDER SEAL** |

## CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY FEDERAL RULE 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for X Corp., as successor in interest to named movant/respondent Twitter, Inc., disclose that Twitter, Inc. has been merged into X Corp. and no longer exists. I certify that to the best of my knowledge and belief, X Corp. is a privately held company, its parent corporation is X Holdings Corp., and no publicly held corporation owns at least 10% of the stock of X Corp. or X Holdings Corp.

These representations are made in order that judges of this Court may determine the need for recusal, and to alert the Court of the change in corporate structure.

1

FILED UNDER SEAL

Dated: June 8, 2023

Respectfully submitted,

s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823
Whitney Russell, D.C. Bar 987238
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363

George P. Varghese, Mass. Bar 706861
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston MA 02109
George.Varghese@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-6363

*Counsel for X Corp., successor in interest to Movant/Respondent Twitter, Inc.*

FILED UNDER SEAL

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of June 2023, I caused the foregoing statement to be served by email upon:

James I. Pearce
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 840-7000

                 s/Ari Holtzblatt
                 Ari Holtzblatt, D.C. Bar 1009913
                 WILMER CUTLER PICKERING
                   HALE AND DORR LLP
                 2100 Pennsylvania Ave. NW
                 Washington, DC 20006
                 Ari.Holtzblatt@wilmerhale.com
                 Tel:  (202) 663-6000
                 Fax:  (202) 663-6363