**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | CASE NO. SC 23-31-BAH<br><br>UNDER SEAL |

**JOINT STATUS REPORT**

On March 11, 2023, the Court ordered the parties to submit a joint status report by June 8, "advising the Court whether the [29] March 3, 2023 Order . . . and the [30] March 3, 2023 Memorandum Opinion may be unsealed, in whole or in part with redactions . . . ."

The Government's position is that the Order and Memorandum Opinion, along with all filings in this matter, should remain sealed at this time, for the same reasons that the Government sought and obtained a non-disclosure order for the underlying warrant.

While Twitter continues to separately maintain that it should be permitted to inform the user about the warrant, in light of the Court's Opinion and Order Twitter does not at this time oppose the Government's position that the Opinion and Order remain under seal. In the event that the Court unseals any portion of the Opinion, Twitter believes that its filings should likewise be unsealed at the same time.

Respectfully submitted,

JACK SMITH
Special Counsel
N.Y. Bar No. 2678084

By:  /s/ *Thomas P. Windom*
Thomas P. Windom (D.C. Bar No. 502131)
*Attorney for the Government*

- 2 -

And:   Wilmer Cutler Pickering Hale and Dorr LLP

/s/ *Ari Holtzblatt*
Ari Holtzblatt (D.C. Bar No. 1009913)
*Counsel for X Corp., successor in interest to Movant/Respondent Twitter, Inc.*