**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-00031-BAH<br><br>**UNDER SEAL** |

**NOTICE OF FILING LETTER**

Notice is hereby given that on June 13, 2023, X Corp., formerly Twitter, Inc., submitted a letter to Judge Howell of the United States District Court for the District of Columbia. The June 13, 2023, letter is attached to this Notice.

Dated: June 14, 2023

Respectfully submitted,

/s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823
Whitney Russell, D.C. Bar 987238
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363

George P. Varghese *(pro hac vice)*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109

FILED UNDER SEAL

George.Varghese@wilmerhale.com
Tel: (617) 526-6000
Fax: (617) 526-6363

*Counsel for X Corp.*

FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2023, I caused the foregoing notice to be served by email upon:

James Pearce, Assistant Special Counsel

| | |
|---|---|
| Dated: June 14, 2023 | /s/  Ari Holtzblatt |
| | Ari Holtzblatt, D.C. Bar 1009913 |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 2100 Pennsylvania Ave. NW |
| | Washington, DC 20006 |
| | Ari.Holtzblatt@wilmerhale.com |
| | Tel:  (202) 663-6000 |
| | Fax:  (202) 663-6363 |
| | |
| | *Counsel for X Corp.* |