WILMERHALE

June 13, 2023

**Ari Holtzblatt**

+1 202 663 6964 (t)
+1 202 663 6363 (f)
ari.holtzblatt@wilmerhale.com

**UNDER SEAL**

By Email

Honorable Beryl A. Howell
U.S. District Court for the District of Columbia
333 Constitution Avenue N. W.
Washington D.C. 20001

Judge Howell:

I write to correct a statement that I made to the Court on February 9, 2023 that we recently discovered was inaccurate. During the February 9, 2023 hearing in this matter, I represented to the Court that Twitter had produced tweets, including tweets deleted by the user, for the Target Account from a non-standard data preservation set Twitter created on January 9, 2021. My client and I believed that representation to be accurate at the time I made it. However, on June 12, 2023, Twitter (and undersigned counsel) discovered that although Twitter had produced tweets by the user out of other datasets, as a result of a previously unknown technological error, Twitter did not produce tweets from the January 9, 2021 preserved dataset on February 9, 2023.

Twitter discovered this gap after Senior Assistant Special Counsel Thomas Windom and Assistant Special Counsel James Pearce informed Twitter during a phone call on Friday, June 9 that they were having difficulty locating two tweets previously deleted by the user in the productions Twitter made in February 2023 in response to the search warrant, and sought Twitter's assistance locating those two tweets. Twitter has now located and produced to the government the full file of tweets for the Target Account from the January 9, 2021 preserved dataset, including the two deleted tweets identified by Mr. Windom and Mr. Pearce. Twitter has also informed the government of counsel's inaccurate statement, of the technological error that caused this gap, and of Twitter's intent to correct this misstatement by way of a letter to the Court.

Additional relevant background is set forth below.

Background

The two tweets identified by the government on the June 9, 2023 call were tweets that former President Trump publicly posted on January 6, 2021, which he later deleted in order to regain access to his then-suspended Twitter account. The content of these tweets has been the focus of significant media attention. The tweets are:

**WILMERHALE**

June 13, 2023
Page 2

- January 6, 2021 19:24:22 UTC

*Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!*

- January 6, 2021 23:01:04 UTC

*These are the things and events that happen when a sacred landslide election victory is so unceremoniously & viciously stripped away from great patriots who have been badly & unfairly treated for so long. Go home with love & in peace. Remember this day forever!*

[Italics added.]  These deleted tweets were preserved in a non-standard data preservation set created on January 9, 2021.  This dataset covered a limited time period: January 3 to 9, 2021.  It contains content including tweets, both deleted and not deleted, which were created during that seven-day period.  Accordingly, data produced from the January 9, 2021 preserved dataset should have included the two deleted tweets from January 6, 2021.  We have now determined, however, that these two deleted tweets were not produced.

We have now been able to determine that this production error resulted from a software update that occurred in the fall of 2022.  At that time, Twitter upgraded the software that it uses to query preserved datasets for production.  However, the tweet and deleted tweet data stored in the January 9, 2021 preserved dataset is kept in a different format from how Twitter normally stores such data.  Unknown to the team compiling the February 9 production, the scripts used to pull data using its new software were not configured to capture those data from the January 9, 2021 preserved dataset.

When Twitter made its productions on February 9, counsel for Twitter directed Twitter's internal operations teams to collect the tweets and deleted tweets for the Target Account from the January 9, 2021 preserved dataset, and the team queried that data using Twitter's then-operative software.  However, no one – not Twitter's internal operations team, not counsel – was aware that this new software did not effectively pull tweets from that January 9, 2021 preserved dataset. The software did effectively pull other data from that January 9, 2021 dataset, including direct messages and deleted direct messages, which Twitter produced on February 9.  And the software also effectively pulled tweet data from other data sets, which were also produced between February 7 and February 9, 2023.

After identifying and fixing this technological error, Twitter internal operations teams and engineers were able to manually pull the tweet data stored in the January 9, 2021 preserved

WilmerHale

June 13, 2023
Page 3

dataset. Twitter produced today the full set of tweets from that dataset, most of which Twitter had previously produced to the Special Counsel's Office from other datasets. Today's production also includes the two deleted tweets that Mr. Windom and Mr. Pearce asked counsel to help locate.

Counsel regrets our earlier inadvertent misstatement and is prepared to answer any further questions that the Court might have.

                                                                  Regards,

                                                                  /s/ Ari Holtzblatt

                                                                  Ari Holtzblatt