FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31 <br><br> **UNDER SEAL** |

### MOTION TO UNSEAL LIMITED INFORMATION REGARDING THE CASE

X Corp., as successor in interest to Twitter, Inc. ("Twitter") by and through its undersigned counsel, respectfully moves the Court for an Order permitting Twitter to disclose the existence and contents of the original non-disclosure order (Dkt. No. 3, hereinafter "NDO"), the existence of this proceeding, this motion and order, and the facts that: 1) Twitter challenged the NDO on First Amendment grounds, and further challenged its obligation to produce materials responsive to the Warrant prior to resolving its challenge to the NDO, 2) this Court denied those challenges, and 3) Twitter appealed this Court's decision to the United States Court of Appeals for the District of Columbia Circuit.  Now that the Court has modified the original NDO and ordered that Twitter is "no longer prohibited from disclosing the Warrant, or its existence or contents," Dkt. No. 46 at 2, there is no longer any basis for preventing Twitter from disclosing this information.  In addition, Twitter proposes that it meet and confer with the government to identify whether and to what extent other papers, opinions, orders, or transcripts filed in this proceeding need to remain under seal.

This order is necessary because prior orders of the Court currently prohibit Twitter from disclosing any information regarding this proceeding.  In particular, on February 17, 2023, this

1

FILED UNDER SEAL

Court ordered the parties to "not disclose to the public the existence of this proceeding, any papers or orders filed in this proceeding, or the substance of anything occurring in this proceeding." Dkt. No. 24 at 2. That order also provides that "the attorneys of record shall restrict disclosure of this proceeding, including disclosure of any papers and orders filed in this proceeding, to their clients and to those individuals adjudged by the attorney as necessary to litigate the issues presented." *Id.* at 3.

As noted, Twitter will confer with the government regarding unsealing of any papers, opinions, orders, or transcripts filed in this proceeding; Twitter does not at this time request the immediate unsealing of any such papers, opinions, orders, or transcripts.

Twitter has conferred with the Government with respect to this motion and the Government has indicated that it does not oppose the relief sought.

Twitter respectfully requests expedited consideration of this motion.

FILED UNDER SEAL

Dated:  June 22, 2023

Respectfully submitted,

s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
Benjamin Powell, D.C. Bar 464823
Whitney Russell, D.C. Bar 987238
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

George P. Varghese, Mass. Bar 706861
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston MA 02109
George.Varghese@wilmerhale.com
Tel:  (617) 526-6000
Fax:  (617) 526-6363

*Counsel for X Corp., successor in interest to Twitter, Inc.*

FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2023, I caused the foregoing motion and the

attached proposed order to be served by email upon:

James I. Pearce
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 840-7000

s/Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20006
Ari.Holtzblatt@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363
