FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A | Case No. 1:23-SC-31 |

### [PROPOSED] ORDER

Upon consideration of Twitter's motion to unseal limited information regarding this case, it is hereby:

**ORDERED** that the parties may disclose the existence and contents of the original non-disclosure order (Dkt. No. 3 "NDO"), the existence of this proceeding, the instant motion and this order, and the facts that:  1) Twitter challenged the NDO on First Amendment grounds, and further challenged its obligation to produce materials responsive to the Warrant prior to resolving its challenge to the NDO, 2) this Court denied those challenges, and 3) Twitter appealed this Court's decision to the United States Court of Appeals for the District of Columbia Circuit.  It is further

**ORDERED** that the parties shall meet and confer to identify whether and to what extent papers, opinions, orders, or transcripts filed in this proceeding must remain under seal.  It is further

**ORDERED** that, until further order of the Court, all papers, opinions, orders, and transcripts filed in this proceeding shall remain under seal and the Government and Twitter may not disclose any such filings.

**SO ORDERED.**

Dated: June _____, 2023

_____
HON. JAMES E. BOASBERG
CHIEF U.S. DISTRICT JUDGE