UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF: INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER INC. IDENTIFIED IN ATTACHMENT A** | SC No. 23-31 (JEB)<br><br>**Under Seal** |

# ORDER

UPON CONSIDERATION of the United States' [49] Joint Status Report, the Court ORDERS that certain attached documents are UNSEALED with redactions and certain others are UNSEALED without redactions.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: August 15, 2023

1